**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>           Plaintiffs,<br><br>     v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>           Defendants. | C.A. No. 1:23-cv-00528 |

## STIPULATED ORDER REGARDING WAIVER OF SERVICE OF COMPLAINT

Plaintiffs and Defendants, subject to the approval of the Court, hereby agree that

Defendants effectively waived formal service of the Complaint under Fed. R. Civ. P. 4(d);

accepted service of the Complaint on May 18, 2023; waive any defense under Fed. R. Civ. P.

12(b)(4) and (5); expressly reserve all other defenses, without limitation; and, pursuant to Fed. R.

Civ. P. 12(a)(1)(A)(ii), have an answer deadline of July 17, 2023.

CHRISTENSEN & DOUGHERTY LLP

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensendougherty.com

*Attorney for Plaintiffs*

MORGAN, LEWIS & BOCKIUS, LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: (302) 574-7294
jody.barillare@morganlewis.com

*Attorney for Defendants*

SO ORDERED this _____ day of _____, 2023.

_____
Chief Judge