IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>　　　　　　　　Defendants. | C.A. No. 1:23-cv-00528 |

**STIPULATED ORDER REGARDING WAIVER OF SERVICE OF COMPLAINT**

Plaintiffs and Defendants, subject to the approval of the Court, hereby agree that Defendants effectively waived formal service of the Complaint under Fed. R. Civ. P. 4(d); accepted service of the Complaint on May 18, 2023; waive any defense under Fed. R. Civ. P. 12(b)(4) and (5); expressly reserve all other defenses, without limitation; and, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), have an answer deadline of July 17, 2023.

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com<br><br>*Attorney for Plaintiffs* | */s/ Jody C. Barillare*<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Tel: (302) 574-7294<br>jody.barillare@morganlewis.com<br><br>*Attorney for Defendants* |

SO ORDERED this 24th day of May 2023.

                                                          /s/ Colm F. Connolly  
                                                               Chief Judge