Format for *Pro Hac Vice* Motion (Rev. 10/19)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,
    Plaintiffs,

v.

X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,
    Defendants.

Civil Action No. 1:23-cv-00528- CFC

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of ___Michael D. Dunford___ to represent ___Plaintiffs - Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer___ in this matter.

Signed: *Joseph L. Christensen*

(Movant's Name and Delaware State Bar ID Number)    Joseph L. Christensen (#5146)
Christensen & Dougherty LLP
(Movant's Address)    1000 N. West Street, Suite 1200
(Movant's Telephone Number)    Wilmington, DE 19801
(302) 212-4330

Attorney for: Plaintiffs - Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer

Date: May 22, 2023

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**ORDER GRANTING MOTION**
Date: _____    _____
    United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___Hawaii___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ M. Dunford_____

Date: __May 22, 2023_____
Kamerman, Uncyk, Soniker & Klein P.C.
1700 Broadway
New York, NY 10019