Format for *Pro Hac Vice* Motion (Rev. 10/19)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS,
JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and
ANDREW SCHLAIKJER,                                      )
               **Plaintiffs,**                )        Civil Action No. 1:23-cv-00528- CFC
        v.                                   )
X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a
X HOLDINGS I, INC. and ELON MUSK,
               **Defendants.**        **MOTION AND ORDER**
                    **FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of   Dylan Schmeyer   to represent   Plaintiffs - Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer   in this matter.

Signed:   *Joseph L. Christensen*

(Movant's Name and Delaware State Bar ID Number)    Joseph L. Christensen, Esq.
                                               Christensen & Dougherty LLP
(Movant's Address)                            1000 N. West Street, Suite 1200
(Movant's Telephone Number)                  Wilmington, DE 19801
                                               (302) 212-4330

Attorney for: Plaintiffs - Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer

Date:   May 22, 2023

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.
**ORDER GRANTING MOTION**

Date: _____        _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of   Colorado   and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/22/2023
(Applicant's Address)
Kamerman, Uncyk, Soniker & Klein P.C.
1700 Broadway
New York, NY 10019

 CamScanner