## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>　　　　　Defendants. | Civil Action No. 23-cv-00528 CFC |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Jody C. Barillare and the firm Morgan, Lewis & Bockius LLP, to represent Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I Inc. and Elon Musk in the above-captioned matter.  I certify that I am admitted to practice in this Court.

Dated:  June 27, 2023

　　　　　　　　　　　　　*/s/ Jody Barillare*　　　　　　　　
　　　　　　　　　　　　　Jody Barillare (No. 5107)
　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　1201 N. Market Street, Suite 2201
　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　Telephone: 302-574-3000
　　　　　　　　　　　　　jody.barillare@morganlewis.com

　　　　　　　　　　　　　*Attorney for Defendants*