# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>    Plaintiffs,<br><br>    v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>    Defendants. | Civil Action No. 23-cv-00528 CFC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves for the admission *pro hac vice* of Eric Meckley, and T. Cullen Wallace of Morgan, Lewis & Bockius LLP to represent Defendant Twitter, Inc. in the above action.

Dated: June 27, 2023           MORGAN, LEWIS & BOCKIUS LLP

                                     */s/ Jody C. Barillare*
                                     Jody C. Barillare (#5107)
                                     1201 N. Market Street, Suite 2201
                                     Wilmington, Delaware 19801
                                     302-574-7294
                                     jody.barillare@morganlewis.com

                                     *Attorney for Defendant*

IT IS SO ORDERED this _____ day of _____, 2023.

                                                       _____
                                                       The Honorable Colm F. Connolly

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 27, 2023            /s/ Eric Meckley
                               Eric Meckley
                               Morgan, Lewis & Bockius LLP
                               One Market, Spear Tower
                               San Francisco, CA 94105
                               (415) 442-1000
                               eric.meckley@morganlewis.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 27, 2023

*/s/ T. Cullen Wallace*
T. Cullen Wallace
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002
713.890.5000
cullen.wallace@morganlewis.com