IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>　　　　　　　　Defendants. | C.A. No. 1:23-cv-528-CFC |

**STIPULATION AND [PROPOSED] ORDER
REGARDING WAIVER OF SERVICE AND
TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

WHEREAS, on May 16, 2023, Plaintiffs filed their Complaint (D.I. 1);

WHEREAS, on May 22, 2023, the parties agreed that Defendants would accept service of the Complaint and respond to the Complaint by July 17, 2023 (D.I. 3);

WHEREAS, on June 16, 2023, Plaintiffs filed their First Amended Complaint (D.I. 10);

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, subject to the approval of the Court that:

1. Defendants accepted service of the First Amended Complaint on June 26, 2023 and waive any defense under Fed. R. Civ. P. 12(b)(4) and (5) while expressly reserving all other defenses, without limitation; and

2. Defendants' time to respond to the First Amended Complaint is extended until July 31, 2023.

Dated: June 28, 2023

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com | */s/ Jody C. Barillare*<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>302-574-7294<br>jody.barillare@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED this _____ day of _____, 2023.

_____
The Hon. Colm F. Connolly