IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                 Plaintiffs,<br><br>   v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                 Defendants. | C.A. No. 1:23-cv-00528 |

**[PROPOSED] ORDER**

This matter having come before the Court on the Motion of Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer (the "Plaintiffs") to Combine Responsive Briefing to Motions to Dismiss or, in the Alternative, to Strike the Brief of Defendant Elon Musk (the "Motion"), the Court hereby

1. GRANTS the Motion.

2. Plaintiffs shall be permitted to file a single 40-page omnibus response to Defendants' briefs in support of their respective motions to dismiss. D.I. 15 and D.I. 18; or

3. Defendant Elon Musk's brief in support of his motion to dismiss, (D.I. 18), is hereby stricken as non-compliant with the Court's Court's Standing Order Regarding Briefing in all Cases, (D.I. 4), and Local Rule 7.1.3.

_____
The Honorable Colm F. Connolly