IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-528-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENANTS' MOTIONS TO DISMISS**

WHEREAS, on May 16, 2023, Plaintiffs filed their Complaint (D.I. 1);

WHEREAS, on June 16, 2023, Plaintiffs filed their First Amended Complaint (D.I. 10);

WHEREAS, on July 31, 2023, Defendants moved to dismiss certain claims in the First Amended Complaint (D.I. 15, 18);

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, subject to the approval of the Court that:

1. Plaintiffs shall respond to Defendants' motions to dismiss on or before August 21, 2023.

2. Defendants shall file their respective reply briefing on or before September 5, 2023.

Dated: August 11, 2023

DB2/ 46475428.1

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1000 N. West Street, Suite 1200 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | 302-574-7294 |
| joe@christensendougherty.com | jody.barillare@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED this 11th day of August, 2023.

_____
The Hon. Colm F. Connolly

DB2/ 46475428.1