# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing brief in opposition to the *Plaintiffs' Motion to Combine Responsive Briefing to Motions to Dismiss or, in the Alternative, to Strike the Brief of Defendant Elon Musk* complies Court's standing order dated November 10, 2022 regarding briefing in all cases. The Opposition Brief has been prepared using 14-point Times New Roman font and contains 1,648 words, excluding the case caption and signature blocks.

Dated: August 14, 2023              MORGAN, LEWIS & BOCKIUS LLP

                                    */s/ Jody C. Barillare*
                                    Jody C. Barillare (#5107)
                                    1201 N. Market Street, Suite 2201
                                    Wilmington, Delaware 19801
                                    302-574-7294
                                    jody.barillare@morganlewis.com
                                    *Attorney for Defendants*