# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                    Plaintiffs,<br><br>      v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                    Defendants. | C.A. No. 1:23-cv-00528-CFC |

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing Plaintiffs' Reply in Further Support of Motion to Combine Responsive Briefing to Motions to Dismiss or, in the Alternative, to Strike the Brief of Defendant Elon Musk complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases. The Reply Brief has been prepared using 14-point Times New Roman font and contains 1,192 words, excluding the case caption, tables of contents and authorities, and signature blocks.

Dated: August 15, 2023

| | /s/ Joseph L. Christensen |
|---|---|
| Akiva Cohen (*pro hac vice*) | Joseph L. Christensen (#5146) |
| Dylan M. Schmeyer (*pro hac vice*) | CHRISTENSEN & DOUGHERTY LLP |
| Michael D. Dunford (*pro hac vice*) | 1000 N. West Street, Suite 1200 |
| Lane A. Haygood (*pro hac vice*) | Wilmington, Delaware 19801 |
| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | Tel: (302) 212-4330 |
| 1700 Broadway, 16th Floor | joe@christensendougherty.com |
| New York, NY 10019 | |
| Tel: (212) 400-4930 | |
| acohen@kusklaw.com | *Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |
| dschmeyer@kusklaw.com | |
| mdunford@kusklaw.com | |