IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>        Plaintiffs,<br><br>        v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. And ELON MUSK,<br><br>        Defendants. | C.A. No. 1:23-cv-00528-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Plaintiffs' Memorandum of Law in Opposition to Twitter & X Holdings' Motion to Dismiss complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases. The Reply Brief has been prepared using 14-point Times New Roman font and contains 4,955 words, excluding the case caption, tables of contents and authorities, and signature blocks.

| | |
|---|---|
| Dated: August 21, 2023<br><br>Akiva Cohen (*pro hac vice*)<br>Dylan M. Schmeyer (*pro hac vice*)<br>Michael D. Dunford (*pro hac vice*)<br>Lane A. Haygood (*pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor | /s/ *Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>CHRISTENSEN & DOUGHERTY LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com |

New York, NY 10019
Tel: (212) 400-4930
acohen@kusklaw.com
dschmeyer@kusklaw.com
mdunford@kusklaw.com

*Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer*