# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>    Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. And ELON MUSK,<br><br>    Defendants. | C.A. No. 1:23-cv-00528-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Plaintiffs' Memorandum of Law in Opposition to Elon Musk's Motion to Dismiss complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases. The Reply Brief has been prepared using 14-point Times New Roman font and contains 4,273 words, excluding the case caption, tables of contents and authorities, and signature blocks.

| | |
|---|---|
| Dated: August 21, 2023<br><br>Akiva Cohen (*pro hac vice*)<br>Dylan M. Schmeyer (*pro hac vice*)<br>Michael D. Dunford (*pro hac vice*)<br>Lane A. Haygood (*pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor | /s/ *Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>CHRISTENSEN & DOUGHERTY LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com |

New York, NY 10019
Tel: (212) 400-4930
acohen@kusklaw.com
dschmeyer@kusklaw.com
mdunford@kusklaw.com

*Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer*