IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>       Plaintiffs,<br><br>  v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>       Defendants. | C.A. No. 1:23-cv-00528-CFC |

**NOTICE OF WITHDRAWAL OF MOTION TO COMBINE RESPONSIVE BRIEFING TO MOTIONS TO DISMISS OR IN THE ALTERNATIVE TO STRIKE THE BRIEF OF DEFENDANT ELON MUSK**

Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer (collectively, "Plaintiffs"), by and through their undersigned attorneys hereby respectfully withdraw their motion to combine responsive briefing (D.I. 19) filed on August 8, 2023. Plaintiffs withdraw the motion as it is now moot.

Dated: August 22, 2023

|  |  |
|---|---|
| Akiva Cohen (*pro hac vice*) | /s/ *Joseph L. Christensen* |
| Dylan M. Schmeyer (*pro hac vice*) | Joseph L. Christensen (#5146) |
| Michael D. Dunford (*pro hac vice*) | CHRISTENSEN & DOUGHERTY LLP |
| Lane A. Haygood (*pro hac vice*) | 1000 N. West Street, Suite 1200 |
| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | Wilmington, Delaware 19801 |
| 1700 Broadway, 16th Floor | Tel: (302) 212-4330 |
| New York, NY 10019 | joe@christensendougherty.com |
| Tel: (212) 400-4930 | |
| acohen@kusklaw.com | *Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |
| dschmeyer@kusklaw.com | |
| mdunford@kusklaw.com | |