# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>　　　　　　　Defendants. | C.A. No. 1:23-cv-00528-CFC |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on August 31, 2023, a true and correct copy of a Subpoena to Produce Documents directed to Wilson Sonsini Goodrich & Rosati was caused to be served on its registered agent Corporation Service Company by process server. A copy of the proof of service is attached hereto as Exhibit 1.

Dated: September 5, 2023

|  |  |
|---|---|
| Akiva Cohen (*pro hac vice*) | /s/ *Joseph L. Christensen* |
| Dylan M. Schmeyer (*pro hac vice*) | Joseph L. Christensen (#5146) |
| Michael D. Dunford (*pro hac vice*) | CHRISTENSEN & DOUGHERTY LLP |
| Lane A. Haygood (*pro hac vice*) | 1000 N. West Street, Suite 1200 |
| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | Wilmington, Delaware 19801 |
| 1700 Broadway, 16th Floor | Tel: (302) 212-4330 |
| New York, NY 10019 | joe@christensendougherty.com |
| Tel: (212) 400-4930 |  |
| acohen@kusklaw.com | *Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |
| dschmeyer@kusklaw.com |  |
| mdunford@kusklaw.com |  |