## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>        Plaintiffs,<br><br>   v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>        Defendants. | C.A. No. 23-cv-528-CFC |

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the foregoing *Reply in Support of Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(2) and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6)* complies with Court's standing order dated November 10, 2022 regarding briefing in all cases. The brief has been prepared using 14-point Times New Roman font and contains 2,466 words, excluding the table of authorities, table of contents, case caption and signature blocks.

Dated: September 5, 2023        MORGAN, LEWIS & BOCKIUS LLP

                                        */s/ Jody C. Barillare*

                                        Jody C. Barillare (#5107)
                                        1201 N. Market Street, Suite 2201
                                        Wilmington, Delaware 19801
                                        302-574-7294
                                        jody.barillare@morganlewis.com
                                        *Attorney for Defendants*