# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-CFC |

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing *Reply in Support of Motion to Dismiss for Failure to State a Claim* complies with Court's standing order dated November 10, 2022 regarding briefing in all cases. The brief has been prepared using 14-point Times New Roman font and contains 2,493 words, excluding the table of authorities, table of contents, case caption and signature blocks.

Dated:  September 5, 2023          MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com
*Attorney for Defendants*