AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

WOLFRAM ARNOLD, ERIK FROESE, TRACY HAW )
*Plaintiff* )
v. ) Civil Action No. C.A. No. 1: 23-cv-00528 CFC
X CORP. f/k/a TWITTER, INC., X HOLDINGS )
CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Quinn Emmanuel Urquhart and Sullivan, LLP

*(Name of person to whom this subpoena is directed)*

☑ **Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Schedule A

| Place: Kamerman, Uncyk, Soniker & Klein, P.C., 1700 Broadway, 16th Floor, New York, NY 10019 | Date and Time: 09/14/2023 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/31/2023

*CLERK OF COURT*

OR

_____     /s/ Akiva M. Cohen
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

Akiva M. Cohen, Kamerman, Uncyk, Soniker & Klein, P.C., 1700 Broadway, 16th Floor, New York, NY 10019, acohen@kusklaw.com, 212.400.4930

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## AFFIDAVIT OF SERVICE

| State of Delaware | County of | United States District Court |

Case Number: 1:23-CV-00528-CFC

Plaintiff:
WOLFRAM ARNOLD, ERIK FROESE, TRACY HAW

vs.

Defendant:
X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK

For:
Christensen & Dougherty LLP

Received by Nicoletti & Harris to be served on **Quinn Emanuel Urquhart & Sullivan, 51 Madison Avenue, 22nd Floor, New York, NY 10010.**

I, Alex Colon, being duly sworn, depose and say that on the **8th day of September, 2023** at **11:00 am**, I:

served a **CORPORATION** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and a witness fee check in the amount of $40.00, Schedule A and Exhibits** with the date and hour of service endorsed thereon by me, to: **Rob Andon** as **Assistant Management Clerk** for **Quinn Emanuel Urquhart & Sullivan**, at the address of: **51 Madison Avenue,, Lobby, New York, NY 10010**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: Brown, Height: 5'10", Weight: 240, Hair: Black, Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF   New York )

Subscribed and Sworn to before me on the 8th day of September, 2023 by the affiant who is personally known to me.

Ana E. Sanchez
Notary Public State of New York
Bronx County
Lic No. 01SA5067260
Commission Expires: October 15, 2026

Alex Colon
2104765

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023014312
Ref: 051

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r