IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PTLARZ, and ANDREW SCHLAIKJER, <br><br>    Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) Civ. No. 23-528-CFC/CJB ) ) ) ) ) ) ) ) |

**ORDER OF REFERENCE**

At Wilmington this 19th day of September 2023, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Christopher J. Burke for all disputes relating to discovery and the protective order.

IT IS FURTHER ORDERED that the pending motions to dismiss (D.I. 14 and D.I. 17) are referred to Magistrate Judge Christopher J. Burke for resolution pursuant to 28 U.S.C. § 636(b).

_____
Chief Judge