IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>　　　　　*Defendants*. | C.A. No. 1:23-cv-528-CFC-CJB |

**DEFENDANTS X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., AND ELON MUSK'S MOTION FOR <u>VIDEOCONFERENCE TO RESOLVE DISCOVERY DISPUTE</u>**

Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc., and Elon Musk (together, the "Defendants") respectfully move this Court to schedule a videoconference to address outstanding disputes regarding two discovery matters, specifically, (1) a motion to stay all discovery pending a ruling on Defendants' pending motion to dismiss, and (2) a motion to quash subpoenas served on five law firms.

The parties will provide submissions and present their respective positions on a schedule consistent with this Court's Oral Order dated September 20, 2023. D.I.

1

42. Also per the Court's Order, by October 4, 2023, counsel for Defendants will provide the Court with its list of attendees for the videoconference scheduled for October 16, 2023 at 11:00 a.m. (ET).

Dated: September 20, 2023                    MORGAN, LEWIS & BOCKIUS LLP

    */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorneys for Defendants*