# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-CFC-CJB |

### [PROPOSED] ORDER GRANTING MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS

Before the Court is Defendants X. Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc. and Elon Musk's Motion to Stay Discovery Pending Resolution of Defendants' Motions to Dismiss (D.I. 14-18). After considering the Motion and the response, IT IS HEREBY ORDERED, this _____ day of _____, 2023 that:

1) Defendants' Motion is **GRANTED**; and

2) All discovery and disclosure obligations under the applicable local and federal rules in this Action, as applied to the parties and any non-parties, are hereby stayed until there is a final ruling on Defendants' Motions to Dismiss.

_____
The Honorable Christopher J. Burke