# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-CFC-CJB |

## [PROPOSED] ORDER GRANTING MOTION TO QUASH THIRD PARTY SUBPOENAS

Before the Court is Defendants X. Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc. and Elon Musk's Motion to Quash the third party subpoenas served by Plaintiffs on (i) Quinn Emmanuel Urquhart and Sullivan, LLP; (ii) Simpson Thacher & Bartlett LLP; (iii) Skadden, Arps, Slate, Meagher & Flom LLP; (iv) Wachtell, Lipton, Rosen & Katz; and (v) Wilson Sonsoni Goodrich & Rosati.  After considering the Motion and the response, IT IS HEREBY ORDERED, this _____ day of _____, 2023 that Defendants' Motion is **GRANTED**.

_____
The Honorable Christopher J. Burke

1