IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-00528-CFC-CJB |

**STIPULATED AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on September 20, 2023, an Oral Order was issued scheduling letter briefing regarding Discovery Disputes (ID 42);

WHEREAS, on September 27, 2023, Defendant's filed their Letter to Honorable Christopher J. Burke seeking relief (ID 44);

WHEREAS, the parties have discussed an extension of time for Plaintiffs to file their letter brief in response to Defendants' September 27, 2023 Letter seeking relief in light of a death in the family;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. By October 6, 2023, Plaintiffs shall file and serve their Letter Brief in response to Defendants' September 27, 2023 Letter seeking relief;

2. By October 12, 2023, Defendants shall file and serve their Reply to Plaintiffs' Letter Brief in response to Defendants' September 27, 2023 Letter seeking relief;

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| */s/ Joseph L. Christensen* <br> Joseph L. Christensen (#5146) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com | */s/ Jody C. Barillare* <br> Jody C. Barillare (#5107) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, Delaware 19801 <br> Tel: (302) 574-7294 <br> jody.barillare@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Christopher J. Burke