IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                Plaintiffs,<br><br>   v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. And ELON MUSK,<br><br>                Defendants. | C.A. No. 1:23-cv-00528-CFC-CJB |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Meghan M. Dougherty of the firm Christensen & Dougherty LLP, to represent Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz and Andrew Schlaikjer in the above-captioned matter. I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: October 12, 2023 | */s/ Meghan M. Dougherty* |
| | Joseph L. Christensen (#5146) |
| Akiva Cohen (*pro hac vice*) | Meghan M. Dougherty (#4787) |
| Dylan M. Schmeyer (*pro hac vice*) | CHRISTENSEN & DOUGHERTY LLP |
| Michael D. Dunford (*pro hac vice*) | 1000 N. West Street, Suite 1200 |
| Lane A. Haygood (*pro hac vice*) | Wilmington, Delaware 19801 |
| KAMERMAN, UNCYK, SONIKER & KLEIN P.C. | Tel: (302) 212-4314 |
| 1700 Broadway, 16th Floor | meghan@christensendougherty.com |
| New York, NY 10019 | |
| Tel: (212) 400-4930 | |
| acohen@kusklaw.com | *Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |
| dschmeyer@kusklaw.com | |
| mdunford@kusklaw.com | |