## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-CFC-CJB |

**NOTICE OF PARTIAL WITHDRAWAL OF DEFENDANT ELON MUSK'S MOTION TO DISMISS (D.I. 17-18)**

PLEASE TAKE NOTICE THAT Defendant Elon Musk hereby withdraws part of his motion to dismiss (D.I. 17-18) (the "Motion to Dismiss") that seeks dismissal of Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(2). This Notice of Withdrawal does not impact the remaining portions of the Motion to Dismiss seeking dismissal of Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). To that end, Defendant Elon Musk files concurrently herewith a revised proposed order setting out the narrowed relief sought by his pending Motion to Dismiss, as well as a redline against the original proposed order to reflect the changes.

1

Dated: November 14, 2023

      MORGAN, LEWIS & BOCKIUS LLP

      */s/ Jody C. Barillare*
      Jody C. Barillare (#5107)
      1201 N. Market Street, Suite 2201
      Wilmington, DE 19801
      (302) 574-3000
      jody.barillare@morganlewis.com

      *Attorneys for Defendants*