# **Redline**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-~~CFC~~**CFC-CJB** |

**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO DISMISS COUNTS I-XIV UNDER ~~FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) AND ALTERNATIVE MOTION TO DISMISS UNDER~~ FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

This matter is before the Court on Defendant Elon Musk's Motion to Dismiss all counts of the First Amended Complaint ("FAC") asserted against him (Counts I-XIV) under Federal Rule of Civil Procedure 12(b)(~~2) for lack of personal jurisdiction, and alternatively, under Federal Rule of Civil Procedure 12(b)(~~6) for failure to state a claim (the "Motion").

Upon careful consideration of the Motion and supporting Opening Brief, the Motion and supporting Opening Brief by all other Defendants, and any

Opposition and Replies, and all materials and information provided to the Court in these submissions, the Court concludes that:

1. The Motion is **GRANTED**; and

2. Counts I-XIV of Plaintiffs' FAC are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____, 2023

_____

                                              HON. COLM F. CONNOLLY
                                              United States District Chief Judge

| | |
|---|---|
| **Summary report:** <br> **Litera Compare for Word 11.4.0.111 Document comparison done on 11/14/2023 11:30:47 AM** | |
| **Style name:** MLB Set 1 | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://MLDOCS/DB2/46922966/1 | |
| **Modified DMS:** iw://MLDOCS/DB2/46922966/2 | |
| **Changes:** | |
| Add | 2 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 5 |