## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>      Plaintiffs,<br><br>  v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>      Defendants. | C.A. No. 1:23-cv-00528-CFC |

## NOTICE OF ISSUANCE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer (collectively, "Plaintiffs"), through their counsel, have caused to be issued the attached Subpoena to Produce Documents and Testify at Deposition (Ex. 1), to be served on Brad Sheftel.

Dated: December 8, 2023

|  |  |
|---|---|
| Akiva Cohen (*pro hac vice*) <br> Dylan M. Schmeyer (*pro hac vice*) <br> Michael D. Dunford (*pro hac vice*) <br> Lane A. Haygood (*pro hac vice*) <br> KAMERMAN, UNCYK, SONIKER & KLEIN P.C. <br> 1700 Broadway, 16th Floor <br> New York, NY 10019 <br> Tel: (212) 400-4930 <br> acohen@kusklaw.com <br> dschmeyer@kusklaw.com <br> mdunford@kusklaw.com | /s/ Joseph L. Christensen <br> Joseph L. Christensen (#5146) <br> CHRISTENSEN & DOUGHERTY LLP <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com <br><br> *Attorneys for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |