# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>　　　　　　　　Defendants. | C.A. No. 1:23-cv-528-CFC-CJB |

**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY AND DEFERRAL OF RULING ON DEFENDANT X CORP. F/K/A TWITTER, INC.'S AND X HOLDINGS CORP. F/K/A X HOLDINGS I, INC.'S MOTION TO DISMISS AND DEFENDANT ELON MUSK'S <u>MOTION TO DISMISS</u>**

Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") and Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc., and Elon Musk ("Defendants") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, counsel for the Parties have met and conferred and agreed to mediate Plaintiffs' claims;

DB2/ 47110971.1

WHEREAS, the mediation is scheduled to occur on February 7, 2024;

WHEREAS, in service of judicial economy, counsel for the Parties have conferred and agreed to request a temporary stay of this Action, including all currently pending party and third-party discovery deadlines, briefing schedules, court conferences, motion hearings and Court rulings through February 12, 2024; and

WHEREAS, the Parties specifically request that the Court defer ruling on Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Dismiss (D.I. 14-15) and defer ruling on Defendant Elon Musk's pending Motion to Dismiss (D.I. 17-18), until at least February 12, 2024.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. This Action shall be stayed through February 12, 2024;

2. All pre-trial deadlines, discovery deadlines, including currently pending party and third-party discovery, briefing schedules, and court conferences shall be continued to dates after February 12, 2024;

3. The Court shall defer ruling on Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Dismiss (D.I. 14-15), until a date on or after February 12, 2024;

DB2/ 47110971.1

4. The Court shall defer ruling on Defendant Elon Musk's pending Motion to Dismiss (D.I. 17-18), until a date on or after February 12, 2024; and

5. The Parties shall file a joint report with the Court on February 12, 2024 updating the Court regarding status.

Dated: December 18, 2023

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1000 N. West Street, Suite 1200 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | 302-574-7294 |
| joe@christensendougherty.com | jody.barillare@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED this _____ day of _____, 2023.

_____
The Hon. Christopher J. Burke

DB2/ 47110971.1