IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-00528-CFC |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address for Christensen & Dougherty LLP, counsel for Plaintiffs will be as follows:

CHRISTENSEN & DOUGHERTY LLP
1201 North Market Street, Suite 1404
Wilmington, DE 19801

                                                  **CHRISTENSEN & DOUGHERTY LLP**

                                                  */s/ Joseph L. Christensen*
                                                  Joseph L. Christensen (#5146)
                                                  1201 North Market Street, Suite 1404
                                                  Wilmington, DE 19801
                                                  (302) 212-4330

Dated: February 1, 2024                                      *Counsel for Plaintiffs*