# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>    Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>    Defendants. | C.A. No. 1:23-cv-528-CFC-JLH |

## JOINT STATUS REPORT

Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") and Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc., and Elon Musk ("Defendants") (Plaintiffs and Defendants shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report.

On February 15, 2024, the Parties submitted a Joint Status Report requesting an extension of the stay through February 27, 2024, while the Parties continued to consider settlement following their February 7, 2024 mediation (*see* D.I. 74). The

Parties agreed to further update the Court regarding the status of settlement negotiations on February 28, 2024 (*id.*).

The matter did not settle, and the stay need not be extended beyond its expiration on February 27, 2024.

As directed by the Court (D.I. 71), Defendants are, simultaneously herewith, renewing their previously filed motion to dismiss and motion to quash by re-filing their respective one-page motions. The Parties therefore respectfully request that the Court decide the motions.

Dated: February 28, 2024

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com | */s/ Jody C. Barillare*<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>jody.barillare@morganlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |