# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-528-JLH-CJB |

**DEFENDANTS X CORP. f/k/a TWITTER, INC.'S AND X HOLDINGS CORP. f/k/a X HOLDINGS I, INC.'S RENEWED MOTION TO DISMISS COUNTS I-VI AND XIV OF THE FIRST AMENDED COMPLAINT**

Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc., by and through their undersigned counsel, renew their motion to dismiss Counts I, II, III, IV, V of the First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(b)(6), Count VI pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and Count XIV pursuant to Fed. R. Civ. P. 12(b)(6).

The grounds for the Motion are set forth in Defendants' opening brief accompanying the Motion [D.I. 15] and Defendants' subsequent reply brief [D.I. 38].

1

Dated: February 29, 2024              MORGAN, LEWIS & BOCKIUS LLP

<u>/s/ Jody C. Barillare</u>
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.*