# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>　　　　　　　Defendants. | C.A. No. 1:23-cv-528-JLH-CJB |

### DEFENDANT ELON MUSK'S RENEWED MOTION TO DISMISS COUNTS I-XIV UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Elon Musk, by and through his undersigned counsel, renews his motion to dismiss all counts asserted against him (Counts I-XIV) under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim [D.I. 17].[1]

The grounds for the Motion are set forth in Defendant Musk's opening brief

---

[1] The Motion, as originally filed, also sought dismissal for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). Defendant Musk partially withdrew his motion only to the extent it sought dismissal under Federal Rule of Civil Procedure 12(b)(2). [D.I. 54]. The withdrawal did not impact the remaining portions of the Motion seeking dismissal under Federal Rule of Civil Procedure 12(b)(6).

1

accompanying the Motion [D.I. 18] and his subsequent reply brief [D.I. 37].

Dated: February 29, 2024                         MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.*

2