# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>          Plaintiffs,<br><br>    v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>          Defendants. | C.A. No. 1:23-cv-528-JLH-CJB |

**DEFENDANTS X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. AND ELON MUSK'S RENEWED MOTION TO <u>QUASH SUBPOENAS SERVED ON FIVE LAW FIRMS</u>**

Defendants, by and through their undersigned counsel, renew their motion to quash subpoenas served on five law firms [D.I. 43] (the "Motion to Quash").[1]

The grounds for the Motion to Quash are set forth in Defendants' opening letter brief in support of the Motion [D.I. 44], reply letter brief [D.I. 46], and supplemental letter brief [D.I. 51].

---

[1] The Motion, as originally filed, also sought a stay of all discovery pending resolution of Defendants' dismissal motions. The Court denied the motion to the extent it sought a stay of all discovery. [D.I. 49]. The Court deferred ruling on the Motion to Quash until it first assessed and resolved Defendants' pending motion to dismiss for failure to state a claim. [D.I. 50].

1

| | |
|---|---|
| Dated: February 29, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/ Jody C. Barillare |
| | Jody C. Barillare (#5107) |
| | 1201 N. Market Street, Suite 2201 |
| | Wilmington, Delaware 19801 |
| | 302-574-7294 |
| | jody.barillare@morganlewis.com |
| | |
| | *Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.* |