## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                Plaintiffs,<br><br>  v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                Defendants. | C.A. No. 1:23-cv-528-JLH-CJB |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that the Plaintiffs intend to serve a Subpoena, in the form attached hereto, on Jared Birchall on September 13, 2024 or as soon thereafter as service may be effectuated.

Dated: September 13, 2024

    */s/ Joseph L. Christensen*
    Joseph L. Christensen (#5146)
    1201 N. Market Street, Suite 1404
    Wilmington, Delaware 19801
    Tel: (302) 212-4330
    joe@christensendougherty.com

    *Attorneys for Plaintiffs*