# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No.: 1:23-cv-528-JLH-CJB ) |
| X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for non-party Antonio Gracias in the above-captioned proceeding.

                                                                                              */s/ Michael A. Barlow*
                                                                                              Michael A. Barlow (#3928)
                                                                                              QUINN EMANUEL URQUHART
                                                                                                 & SULLIVAN, LLP
                                                                                              500 Delaware Avenue, Suite 220
                                                                                              Wilmington, Delaware 19801
                                                                                              (302) 302-4000
                                                                                              michaelbarlow@quinnemanuel.com

                                                                                              *Counsel for Non-Party Antonio*
Dated: September 19, 2024                                    *Gracias*