# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No.: 1:23-cv-528-JLH-CJB ) ) ) ) ) ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for non-party Brad Sheftel in the above-captioned proceeding.

                                                            */s/  Michael A. Barlow*
                                                            Michael A. Barlow (#3928)
                                                            QUINN EMANUEL URQUHART
                                                               & SULLIVAN, LLP
                                                            500 Delaware Avenue, Suite 220
                                                           Wilmington, Delaware  19801
                                                           (302) 302-4000
                                                           michaelbarlow@quinnemanuel.com

                                                           *Counsel for Non-Party Brad Sheftel*

Dated: September 19, 2024

05766-00019A/15242011.1