## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No.: 1:23-cv-528-JLH-CJB |
| X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, | ) ) ) ) | |
| Defendants. | ) | |

### <u>NOTICE OF ENTRY OF APPEARANCE</u>

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for non-party David Sacks in the above-captioned proceeding.

 /s/  Michael A. Barlow
Michael A. Barlow (#3928)
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware  19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Counsel for Non-Party David Sacks*

Dated: September 19, 2024