# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No.: 1:23-cv-528-JLH-CJB ) ) ) ) ) ) ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for non-party Jared Birchall in the above-captioned proceeding.

        /s/ *Michael A. Barlow*
Michael A. Barlow (#3928)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware  19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Counsel for Non-Party Jared Birchall*

Dated: September 19, 2024

05766-00019A/15242014.1