## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>            Plaintiffs,<br><br>     v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 1:23-cv-528-JLH-CJB<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters his appearance as counsel for non-party Sam Teller in the above-captioned proceeding.

                                                                                        */s/  Michael A. Barlow*
                                                                                        Michael A. Barlow (#3928)
                                                                                        QUINN EMANUEL URQUHART
                                                                                            & SULLIVAN, LLP
                                                                                        500 Delaware Avenue, Suite 220
                                                                                        Wilmington, Delaware  19801
                                                                                        (302) 302-4000
                                                                                        michaelbarlow@quinnemanuel.com

                                                                                        *Counsel for Non-Party Sam Teller*

Dated: September 19, 2024

05766-00019A/15242021.1