# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No.: 1:23-cv-528-JLH-CJB ) |
| X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Michael A. Barlow, Esquire of Quinn Emanuel Urquhart & Sullivan, LLP hereby enter his appearance as counsel for non-party Jason Calacanis in the above-captioned proceeding.

        /s/ Michael A. Barlow
Michael A. Barlow (#3928)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
(302) 302-4000
michaelbarlow@quinnemanuel.com

*Counsel for Non-Party Jason Calacanis*

Dated: September 19, 2024