# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No.: 1:23-cv-528-JLH-CJB ) ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING MOTION TO QUASH NON-PARTY SUBPOENAS

Before the Court is a Motion to Quash the non-party subpoenas served by Plaintiffs on (i) Antonio Gracias; (ii) Brad Sheftel; (iii) David Sacks; (iv) Jared Birchall; (v) Jason Calacanis; and (vi) Sam Teller (the "Motion"). After considering the Motion and the response,

IT IS HEREBY ORDERED, this _____ day of _____, 2024 that the Motion is **GRANTED**.

_____
The Honorable Christopher J. Burke