IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-00528-JLH-CJB |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective immediately, Christensen & Dougherty LLP has changed its name as follows: Christensen Law LLC. The firm's address and phone number will remain the same and updated email addresses are set forth below.

DATED: September 20, 2024

                              CHRISTENSEN LAW LLC

                              */s/ Joseph L. Christensen*
                              Joseph L. Christensen (#5146)
                              1201 North Market Street, Suite 1404
                              Wilmington, DE 19801
                              (302) 212-4330
                              joe@christensenlawde.com

                              *Counsel for Plaintiffs*