IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>      Plaintiffs,<br><br>  v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a/ X HOLDINGS I, INC. and ELON MUSK,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 1:23-cv-528-JLH-CJB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO RESOLVE DISCOVERY DISPUTE

Pursuant to the Court's Order dated September 23, 2024 (D.I. 98), non-parties Antonio Gracias, Brad Sheftel, David Sacks, Jared Birchall, Jason Calacanis, and Sam Teller (collectively, the "Non-Parties") respectfully move this Court to address an outstanding dispute regarding discovery matters.

The Non-Parties' motion to quash is presented in their letter submitted on September 19, 2024 (D.I. 96). The parties will provide further submissions as directed by the Court (D.I. 98). The Non-Parties will be available for a teleconference or further hearing should the Court order such a hearing.

|  |  |
|---|---|
| Dated: September 23, 2024 | /s/ Michael A. Barlow<br>Michael A. Barlow (#3928)<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>500 Delaware Avenue, Suite 220<br>Wilmington, Delaware  19801<br>(302) 302-4000<br>michaelbarlow@quinnemanuel.com<br><br>*Counsel for Non-Parties Antonio Gracias, Brad Sheftel, David Sacks, Jared Birchall, Jason Calacanis, and Sam Teller* |