IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                Defendants. | C.A. No. 1:23-cv-00528-JLH-CJB |

## **NOTICE OF WITHDRAWAL OF MEGHAN M. DOUGHERTY**

PLEASE TAKE NOTICE that Meghan M. Dougherty, Esquire, being no longer associated with the undersigned firm, hereby withdraws her appearance as counsel for Plaintiffs. Joseph L. Christensen, Esquire will continue as counsel of record for Plaintiffs.

DATED: September 24, 2024

                                                  CHRISTENSEN LAW LLC

                                                  */s/ Joseph L. Christensen*
                                                  Joseph L. Christensen (#5146)
                                                  1201 North Market Street, Suite 1404
                                                  Wilmington, DE 19801
                                                  (302) 212-4330

                                                  *Counsel for Plaintiff*