IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | Case No. 1:23-cv-528-JLH-CJB |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL**

This ____ day of September, 2024, Plaintiffs having moved for leave to file Exhibit 11 to its Letter Response (the "Exhibit") under seal, and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Defendants' motion for leave to file Exhibit 11 to its Letter Response under seal is GRANTED.

IT IS FURTHER HEREBY ORDERED that Defendants shall file a public version of the Exhibit, which redact any confidential information, within seven (7) days of filing the Exhibits.

_____
Honorable Christopher J. Burke
United States Magistrate Judge