# Exhibit 7

X Corp's' Privilege Log
April 19, 2024
CONFIDENTIAL

| Entry No. | REVIEWID | CustodiansDupe | From | To | CC | BCC | Thread Participants | Filename | Privilege Person | Privilege Type | Redacted / Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | USEAB_CP002_000101563 | Birchall, Jared;Hahn, Rebecca;Pacini, Kathleen;Teller, Sam | Rebecca Hahn <rhahn@twitter.com> | Sam Teller <steller@twitter.com> | Alex Spiro <aspiro@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Kathleen Pacini <kpacini@twitter.com> | | | Re: FAQs | Alex Spiro | Attorney Client | Withheld |
| 337 | USEAB_CP002_000330034 | Chen, Jonathan;Davis, Steve;Hansbury, Mary;Hayes, Julianna;Pacini, Kathleen;Sacks, David | Jonathan Chen <jonathanchen@twitter.com> | Kathleen Pacini <kpacini@twitter.com>; David Sacks <dos@twitter.com> | Elon Musk <ermt@twitter.com>; Steve Davis <stevedavis@twitter.com>; jared@excession.com; Jehn Balajadia <jehn@excession.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Julianna Hayes <jhayes@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com> | | Alex Spiro <alexspiro@quinnemanuel.com>; David Sacks <dos@twitter.com>; jared@excession.com; Jehn Balajadia <jehn@excession.com>; Jonathan Chen <jonathanchen@twitter.com>; Julianna Hayes <jhayes@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | Re: Retained Employee List Bullets | Mary Hansbury | Attorney Client | Withheld |
| 346 | USEAB_CP002_000330380 | Birchall, Jared;Chen, Jonathan;Hayes, Julianna;Pacini, Kathleen;Sacks, David;Teller, Sam | Julianna Hayes <jhayes@twitter.com> | Elon Musk <ermt@twitter.com>; Jonathan Chen <jonathanchen@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Antonio Gracias <antonio@twitter.com>; David Sacks <dos@twitter.com>; Alex Spiro <aspiro@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Sam Teller <steller@twitter.com> | | | Alex Spiro <aspiro@twitter.com>; Antonio Gracias <antonio@twitter.com>; David Sacks <dos@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Elon Musk <ermt@twitter.com>; Jonathan Chen <jonathanchen@twitter.com>; Julianna Hayes <jhayes@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Sam Teller <steller@twitter.com> | Approval Requested - Privileged and Confidential | Alex Spiro | Attorney Client | Redacted |
| 347 | USEAB_CP002_000330381 | Birchall, Jared;Chen, Jonathan;Hayes, Julianna;Pacini, Kathleen;Sacks, David;Teller, Sam | Elon Musk <ermt@twitter.com> | Julianna Hayes <jhayes@twitter.com> | Jonathan Chen <jonathanchen@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Antonio Gracias <antonio@twitter.com>; David Sacks <dos@twitter.com>; Alex Spiro <aspiro@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Sam Teller <steller@twitter.com> | | Alex Spiro <aspiro@twitter.com>; Antonio Gracias <antonio@twitter.com>; David Sacks <dos@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Elon Musk <ermt@twitter.com>; Jonathan Chen <jonathanchen@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Sam Teller <steller@twitter.com> | Re: Approval Requested - Privileged and Confidential | Alex Spiro | Attorney Client | Redacted |
| 537 | USEAB_CP004_000000208 | Birchall, Jared;Davis, Steve;Hayes, Julianna | Jennifer Zheng <jenniferz@twitter.com> | Steve Davis <stevedavis@twitter.com> | Alex Spiro <aspiro@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Jerusha Herman <jherman@twitter.com>; Justin Lowdermilk <jlowdermilk@twitter.com>; Martin ONeill <moneill@twitter.com>; Michael McGonigle <mmcgonigle@twitter.com>; Sarah Goeckel <sarahg@twitter.com>; Will Smythe <wsmythe@twitter.com> | | Alex Spiro <aspiro@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Jennifer Zheng <jenniferz@twitter.com>; Jerusha Herman <jherman@twitter.com>; Justin Lowdermilk <jlowdermilk@twitter.com>; Martin ONeill <moneill@twitter.com>; Michael McGonigle <mmcgonigle@twitter.com>; Sarah Goeckel <sarahg@twitter.com>; Steve Davis <stevedavis@twitter.com>; Will Smythe <wsmythe@twitter.com> | Re: Daily Savings Email-Draft: Nov 10, 2022 | Alex Spiro | Attorney Client | Withheld |
| 538 | USEAB_CP004_000002011 | Birchall, Jared;Marcotte, Katie | Jared Birchall <jbirchall@twitter.com> | Katie Marcotte <kmarcotte@twitter.com> | | | Jared Birchall <jbirchall@twitter.com>; Katie Marcotte <kmarcotte@twitter.com> | Re: WFH Exceptions | Jim Baker; Regina Lima | Attorney Client | Redacted |
| 675 | USEAB_CP024_000010658 | Birchall, Jared;Davis, Steve | Lindsay Chapman <lchapman@twitter.com> | Steve Davis <stevedavis@twitter.com> | Jared Birchall <jbirchall@twitter.com> | | Jared Birchall <jbirchall@twitter.com>; Lindsay Chapman <lchapman@twitter.com>; Steve Davis <stevedavis@twitter.com> | Re: Mistaken RIF | Gemma Chubb | Attorney Client | Redacted |
| 676 | USEAB_CP024_000015700 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Adam Mehes <amehes@twitter.com> | Elon Musk <ermt@twitter.com>; Steve Davis <stevedavis@twitter.com> | Mary Ferrer Hansbury <mhansbury@twitter.com>; Damian Vogt <dvogt@twitter.com>; Jared Birchall <jbirchall@twitter.com> | | Adam Mehes <amehes@twitter.com>; Damian Vogt <dvogt@twitter.com>; Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | Alan Rosa Arbitration Demand | Adam Mehes; Mary Hansbury | Attorney Client;Work Product | Withheld |
| 677 | USEAB_CP024_000015701 | Birchall, Jared;Davis, Steve;Hansbury, Mary | | | Mary Ferrer Hansbury <mhansbury@twitter.com>; Damian Vogt <dvogt@twitter.com>; Jared Birchall <jbirchall@twitter.com> | | Adam Mehes <amehes@twitter.com>; Damian Vogt <dvogt@twitter.com>; Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | A4272028385649B99E69E0A58EC2418D.pdf | Mary Hansbury | Attorney Client | Withheld |
| 678 | USEAB_CP024_000018403 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Adam Mehes <amehes@twitter.com> | Elon Musk <ermt@twitter.com>; Steve Davis <stevedavis@twitter.com> | Mary Ferrer Hansbury <mhansbury@twitter.com>; Adeeb Sahar <asahar@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Nicole Hollander <nhollander@twitter.com> | | Adam Mehes <amehes@twitter.com>; Adeeb Sahar <asahar@twitter.com>; Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Nicole Hollander <nhollander@twitter.com>; Steve Davis <stevedavis@twitter.com> | New Employee Class Action Complaint - Privileged and Confidential | Adam Mehes; Mary Hansbury | Attorney Client | Withheld |
| 679 | USEAB_CP024_000018404 | Birchall, Jared;Davis, Steve;Hansbury, Mary | | | | | Adam Mehes <amehes@twitter.com>; Adeeb Sahar <asahar@twitter.com>; Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Nicole Hollander <nhollander@twitter.com>; Steve Davis <stevedavis@twitter.com> | Arnold et al v. X Corp. et al - 23-cv-00528-UNA.pdf | Mary Hansbury | Attorney Client | Withheld |

| # | Bates | Custodians | From | To | CC | Participants | Subject | Author | Privilege | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 680 | USEAB_CP024_000018449 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Mary Hansbury <mhansbury@twitter.com> | Elon Musk <ermt@twitter.com> | Jared Birchall <jbirchall@twitter.com>; Steve Davis <stevedavis@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | Fwd: [Approval Requested] Twitter 1.0 Separation Agreement Payment | Mary Hansbury | Work Product | Withheld |
| 681 | USEAB_CP024_000018450 | Birchall, Jared;Davis, Steve;Hansbury, Mary | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | image.png | Mary Hansbury | Work Product | Withheld |
| 682 | USEAB_CP024_000018464 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Elon Musk <ermt@twitter.com> | Mary Hansbury <mhansbury@twitter.com> | Jared Birchall <jbirchall@twitter.com>; Steve Davis <stevedavis@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | Re: [Approval Requested] Twitter 1.0 Separation Agreement Payment | Mary Hansbury | Work Product | Withheld |
| 683 | USEAB_CP024_000018465 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Mary Hansbury <mhansbury@twitter.com> | Elon Musk <ermt@twitter.com> | Jared Birchall <jbirchall@twitter.com>; Steve Davis <stevedavis@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | Re: [Approval Requested] Twitter 1.0 Separation Agreement Payment | Mary Hansbury | Work Product | Withheld |
| 684 | USEAB_CP024_000018466 | Birchall, Jared;Davis, Steve;Hansbury, Mary | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Steve Davis <stevedavis@twitter.com> | image.png | Mary Hansbury | Work Product | Withheld |
| 685 | USEAB_CP024_000023827 | Birchall, Jared;Davis, Steve | Steve Davis <stevedavis@twitter.com> | Jared Birchall <jbirchall@twitter.com>; Lindsay Chapman <lchapman@twitter.com> | | Jared Birchall <jbirchall@twitter.com>; Lindsay Chapman <lchapman@twitter.com>; Steve Davis | Re: Mistaken RIF | Gemma Chubb | Attorney Client | Redacted |
| 686 | USEAB_CP024_000026430 | Birchall, Jared;Davis, Steve;Hansbury, Mary | Adam Mehes <amehes@x.com> | Elon Musk <e@x.com> | Mary Hansbury <mhansbury@x.com>; Steve Davis <stevedavis@twitter.com>; Jared Birchall <jbirchall@x.com>; Linda Yaccarino-Madrazo <ly1@x.com> | Adam Mehes <amehes@x.com>; Elon Musk <e@x.com>; Jared Birchall <jbirchall@x.com>; Linda Yaccarino-Madrazo <ly1@x.com>; Mary Hansbury <mhansbury@x.com>; Steve Davis <stevedavis@x.com> | Re: [Time-Sensitive] Potential Deposition of Steve Davis | Adam Mehes; Mary Hansbury | Attorney Client;Work Product | Withheld |
| 713 | USEAB_CP025_000089959 | Birchall, Jared;Marcotte, Katie | Mary Hansbury <mhansbury@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com> | Katie Marcotte (Snodgrass) <kmarcotte@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | [Pls Approve] Sep Agreement Signature for Twitter, Inc. | Mary Hansbury | Attorney Client | Withheld |
| 714 | USEAB_CP025_000089960 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Andy Sayler Sep Agreement [signed].pdf | Mary Hansbury | Attorney Client | Withheld |
| 715 | USEAB_CP025_000089961 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Seth Wilson Sep Agreement [signed].pdf | Mary Hansbury | Attorney Client | Withheld |
| 716 | USEAB_CP025_000089962 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | image.png | Mary Hansbury | Attorney Client | Withheld |
| 717 | USEAB_CP025_000089165 | Birchall, Jared;Marcotte, Katie | Mary Hansbury <mhansbury@twitter.com> | Jared Birchall <jbirchall@twitter.com> | Katie Marcotte (Snodgrass) <kmarcotte@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Re: [Pls Approve] Sep Agreement Signature for Twitter, Inc. | Mary Hansbury | Attorney Client | Withheld |
| 718 | USEAB_CP025_000089166 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Seth Wilson - US Separation Agreement 17Nov22.pdf | Mary Hansbury | Attorney Client | Withheld |
| 719 | USEAB_CP025_000089167 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Andy Sayler - US Separation Agreement 17Nov22.pdf | Mary Hansbury | Attorney Client | Withheld |
| 720 | USEAB_CP025_000094535 | Birchall, Jared;Marcotte, Katie | Jared Birchall <jbirchall@twitter.com> | Mary Hansbury <mhansbury@twitter.com> | Katie Marcotte (Snodgrass) <kmarcotte@twitter.com> | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Re: [Pls Approve] Sep Agreement Signature for Twitter, Inc. | Mary Hansbury | Attorney Client | Withheld |
| 721 | USEAB_CP025_000094536 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Seth Wilson - US Separation Agreement 17Nov22.pdf | Mary Hansbury | Attorney Client | Withheld |
| 722 | USEAB_CP025_000094537 | Birchall, Jared;Marcotte, Katie | | | | Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Mary Hansbury <mhansbury@twitter.com> | Andy Sayler - US Separation Agreement 17Nov22.pdf | Mary Hansbury | Attorney Client | Withheld |
| 729 | USEAB_CP025_000102373 | Conti, Stacey;Marcotte, Katie | Mike Foley <mfoley@twitter.com> | Mary Hansbury <mhansbury@twitter.com> | Katie Marcotte <kmarcotte@twitter.com>; Stacey Conti <sconti@twitter.com> | Behnam Rezaei <behnam@twitter.com>; James Musk <jmusk@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Katie Marcotte <kmarcotte@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Mike Foley <mfoley@twitter.com>; Stacey Conti <sconti@twitter.com> | Re: Returning to Twitter | Mary Hansbury | Attorney Client | Redacted |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 817 | USEAB_CP025_000105483 | Conti, Stacey | "Holler, Gregory" <gregory.holler@skadden.com> | Jennifer Zheng <jenniferz@twitter.com> | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; dbond@skadden.com; Jon Koval <jkoval@valorep.com>; Vivek Pattipati <vpattipati@valorep.com>; cdowell@twitter.com; ewhite@twitter.com; jared@excession.com; jherman@twitter.com; jlowdermilk@twitter.com; kmartin@twitter.com; sconti@twitter.com | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; cdowell@twitter.com; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; jherman@twitter.com; jenniferz@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | RE: [Ext] Re: Diligence VDR | Gregory Holler | Attorney Client | Withheld |
| 818 | USEAB_CP025_000105484 | Conti, Stacey | | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; cdowell@twitter.com; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | X - Business and Financial Diligence Questions (01.09.2023).DOCX | Gregory Holler | Work Product | Withheld |
| 819 | USEAB_CP025_000105485 | Conti, Stacey | | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; cdowell@twitter.com; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font3.odttf | Gregory Holler | Attorney Client | Withheld |
| 820 | USEAB_CP025_000105486 | Conti, Stacey | | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; cdowell@twitter.com; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font2.odttf | Gregory Holler | Attorney Client | Withheld |
| 821 | USEAB_CP025_000105487 | Conti, Stacey | | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; cdowell@twitter.com; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font1.odttf | Gregory Holler | Attorney Client | Withheld |

| 823 | USEAB_CP025_000105667 | Conti, Stacey | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com> | "Holler, Gregory" <gregory.holler@skadden.com>; Jennifer Zheng <jenniferz@twitter.com> | Christopher Stanley <cstanley@twitter.com>; Renato Monteiro <rmonteiro@twitter.com>; Brad Sheftel <bsheftel@twitter.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Brad S. Sheftel <bsheftel@valorep.com>; dlxbond@skadden.com; Jon Koval <jkoval@valorep.com>; Vivek Pattipati <vpattipati@valorep.com>; cdowell@twitter.com; ewhite@twitter.com; jared@excession.com; jherman@twitter.com; jlowdermilk@twitter.com; kmartin@twitter.com; sconti@twitter.com; Adeeb Sahar <asahar@twitter.com> | | RE: Diligence VDR | Saqeef Ahmad; Gregory Holler | Attorney Client | Withheld |
| 824 | USEAB_CP025_000105668 | Conti, Stacey | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Adeeb Sahar <asahar@twitter.com>; Brad S. Sheftel <bsheftel@valorep.com>; Brad Sheftel <bsheftel@twitter.com>; cdowell@twitter.com; Christopher Stanley <cstanley@twitter.com>; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; Renato Monteiro <rmonteiro@twitter.com>; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | NYCSR03A-#2258752-v2-X_-_Business_Diligence_Questions.docx | | Saqeef Ahmad; Gregory Holler | Work Product | Withheld |
| 825 | USEAB_CP025_000105669 | Conti, Stacey | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Adeeb Sahar <asahar@twitter.com>; Brad Sheftel <bsheftel@valorep.com>; bsheftel@twitter.com; cdowell@twitter.com; Christopher Stanley <cstanley@twitter.com>; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; Renato Monteiro <rmonteiro@twitter.com>; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font1.odttf | | Saqeef Ahmad; Gregory Holler | Attorney Client | Withheld |
| 826 | USEAB_CP025_000105670 | Conti, Stacey | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Adeeb Sahar <asahar@twitter.com>; Brad S. Sheftel <bsheftel@valorep.com>; Brad Sheftel <bsheftel@twitter.com>; cdowell@twitter.com; Christopher Stanley <cstanley@twitter.com>; dlxbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; Renato Monteiro <rmonteiro@twitter.com>; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font2.odttf | | Saqeef Ahmad; Gregory Holler | Attorney Client | Withheld |

| 827 | USEAB_CP025_000105671 | Conti, Stacey | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Adeeb Sahar <asahar@twitter.com>; Brad S. Sheftel <bsheftel@valorep.com>; Brad Sheftel <bsheftel@twitter.com>; cdowell@twitter.com; Christopher Stanley <cstanley@twitter.com>; dixbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; Renato Monteiro <rmonteiro@twitter.com>; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | font3.odttf | Saqeef Ahmad; Gregory Holler | Attorney Client | Withheld |
| 828 | USEAB_CP025_000105672 | Conti, Stacey | | | | "Ahmad, Saqeef" <saqeef.ahmad@skadden.com>; "Holler, Gregory" <gregory.holler@skadden.com>; "Kaufmann Belkhayat, Laura A" <laura.kaufmann@skadden.com>; Adeeb Sahar <asahar@twitter.com>; Brad S. Sheftel <bsheftel@valorep.com>; Brad Sheftel <bsheftel@twitter.com>; cdowell@twitter.com; Christopher Stanley <cstanley@twitter.com>; dixbond@skadden.com; ewhite@twitter.com; jared@excession.com; Jennifer Zheng <jenniferz@twitter.com>; jherman@twitter.com; jlowdermilk@twitter.com; Jon Koval <jkoval@valorep.com>; kmartin@twitter.com; Renato Monteiro <rmonteiro@twitter.com>; sconti@twitter.com; Vivek Pattipati <vpattipati@valorep.com> | Redline - X - Business Diligence Questions-v1 and X - Business Diligence Questions-v2.pdf | Saqeef Ahmad; Gregory Holler | Work Product | Withheld |
| 981 | USEAB_CP025_000119090 | Conti, Stacey | "Gorman, Michael J." <michael.gorman@morganlewis.com> | Stacey Conti <sconti@twitter.com> | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | FW: Claim for Benefits of Ms. Leslie Berland under the Twitter, Inc. Change of Control and Involuntary Termination Protection Policy | Michael Gorman | Attorney Client | Withheld |
| 982 | USEAB_CP025_000119091 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (1) Claim Summary for Berland Claim.pdf | Michael Gorman | Attorney Client | Withheld |
| 983 | USEAB_CP025_000119092 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (10) Berland Grant Agreement - 10040700.pdf | Michael Gorman | Attorney Client | Withheld |
| 984 | USEAB_CP025_000119093 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (11) Berland Grant Agreement - 10051797.pdf | Michael Gorman | Attorney Client | Withheld |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 985 | USEAB_CP025_000119094 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (12) Berland Grant Agreement - 10051806.pdf | Michael Gorman | Attorney Client | Withheld |
| 986 | USEAB_CP025_000119095 | Conti, Stacey | Jared Birchall <jared@excession.com> | Mario Gazzola <mariogazzola@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com> | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | Fwd: PJS Service for CMO | Alex Spiro | Attorney Client | Withheld |
| 987 | USEAB_CP025_000119096 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | Client Confirmation Trip #4494 .pdf | Michael Gorman | Attorney Client | Withheld |
| 988 | USEAB_CP025_000119097 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | INV22-4151-4494.pdf | Michael Gorman | Attorney Client | Withheld |
| 989 | USEAB_CP025_000119098 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | INV22-4151-4484.pdf | Michael Gorman | Attorney Client | Withheld |
| 990 | USEAB_CP025_000119099 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | PJS Proposal 27OCT22 KSFO-KTEB.pdf | Michael Gorman | Attorney Client | Withheld |
| 991 | USEAB_CP025_000119100 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | Client Confirmation 2 - Trip #4484 (1).pdf | Michael Gorman | Attorney Client | Withheld |

| 992 | USEAB_CP025_000119101 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (14) Emails Confirming Flight.pdf | Michael Gorman | Attorney Client | Withheld |
| 993 | USEAB_CP025_000119102 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (15) Emails Regarding Private Jet Reservation.pdf | Michael Gorman | Attorney Client | Withheld |
| 994 | USEAB_CP025_000119103 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (16) First letter terminating merger agreement.pdf | Michael Gorman | Attorney Client | Withheld |
| 995 | USEAB_CP025_000119104 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (17) Leslie Berland - award 10023001.pdf | Michael Gorman | Attorney Client | Withheld |
| 996 | USEAB_CP025_000119105 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (18) Leslie Berland - award 10040700.pdf | Michael Gorman | Attorney Client | Withheld |
| 997 | USEAB_CP025_000119106 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (19) Leslie Berland - awards 10032518, 10032542, 10032532.pdf | Michael Gorman | Attorney Client | Withheld |
| 998 | USEAB_CP025_000119107 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (2) 2022.12.08 Letter from R. Kaplan to Claims Administrator (L.Berland Letter).pdf | Michael Gorman | Attorney Client | Withheld |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 999 | USEAB_CP025_000119108 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (20) Leslie Berland - awards 10039584, 10039537, 10039527.pdf | Michael Gorman | Attorney Client | Withheld |
| 1000 | USEAB_CP025_000119109 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (21) Leslie Berland - awards 10051806, 10051797, 10051779, 10051788.pdf | Michael Gorman | Attorney Client | Withheld |
| 1001 | USEAB_CP025_000119110 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (22) Participation Agreement - Leslie Berland.pdf | Michael Gorman | Attorney Client | Withheld |
| 1002 | USEAB_CP025_000119111 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (23) Private Jet Air Charter Reservation.pdf | Michael Gorman | Attorney Client | Withheld |
| 1003 | USEAB_CP025_000119112 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (24) Private Jet Invoice.pdf | Michael Gorman | Attorney Client | Withheld |
| 1004 | USEAB_CP025_000119113 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (25) Retention Bonus Approvals - Leslie Berland.pdf | Michael Gorman | Attorney Client | Withheld |
| 1005 | USEAB_CP025_000119114 | Conti, Stacey | | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (26) Second letter terminating merger agreement.pdf | Michael Gorman | Attorney Client | Withheld |

| 1006 | USEAB_CP025_000119115 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (27) Third letter terminating merger agreement.pdf | Michael Gorman | Attorney Client | Withheld |
| 1007 | USEAB_CP025_000119116 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (28) Twitter litigation docket.PDF | Michael Gorman | Attorney Client | Withheld |
| 1008 | USEAB_CP025_000119117 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (29) US Offer Letter - Leslie Berland.pdf | Michael Gorman | Attorney Client | Withheld |
| 1009 | USEAB_CP025_000119118 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (3) Change of Control and Involuntary Termination Policy.pdf | Michael Gorman | Attorney Client | Withheld |
| 1010 | USEAB_CP025_000119119 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (4) X - Merger Agreement (Executed).pdf | Michael Gorman | Attorney Client | Withheld |
| 1011 | USEAB_CP025_000119120 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (5) TWTR - 2013 EIP.pdf | Michael Gorman | Attorney Client | Withheld |
| 1012 | USEAB_CP025_000119121 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (6) 27Nov22 Email to L Berland encl Term Letter.pdf | Michael Gorman | Attorney Client | Withheld |

| 1013 | USEAB_CP025_000119122 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (7) Leslie Berland Termination Letter - 11.27.22.pdf | Michael Gorman | Attorney Client | Withheld |
| 1014 | USEAB_CP025_000119123 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (8) Air Charter Service Proposal.pdf | Michael Gorman | Attorney Client | Withheld |
| 1015 | USEAB_CP025_000119124 | Conti, Stacey | | | | "Bitman, Craig A." <craig.bitman@morganlewis.com>; "Gorman, Michael J." <michael.gorman@morganlewis.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Jared Birchall <jared@excession.com>; Lindsay Chapman <lchapman@twitter.com>; Lindsay Chapman <lindsay.chapman@spacex.com>; Mario Gazzola <mariogazzola@quinnemanuel.com>; QE-Rio-Closing <qe-rio-closing@quinnemanuel.com>; Stacey Conti <sconti@twitter.com> | (9) Berland Grant Agreement - 10032542.pdf | Michael Gorman | Attorney Client | Withheld |
| 1233 | USEAB_CP036_000041363 | Marcotte, Katie | Mary Hansbury <mhansbury@twitter.com> | Katie Marcotte (Snodgrass) <kmarcotte@twitter.com> | | Alex Spiro <aspiro@twitter.com>; Antonio Gracias <antoniog@twitter.com>; Damien Kieran <damien@twitter.com>; David Sacks <dos@twitter.com>; Elon Musk <ermt@twitter.com>; Jared Birchall <jbirchall@twitter.com>; Jonathan Chen <jonathanchen@twitter.com>; Julianna Hayes <jhayes@twitter.com>; Kathleen Pacini <kpacini@twitter.com>; Katie Marcotte (Snodgrass) <kmarcotte@twitter.com>; Kevin Cope <kcope@twitter.com>; Lisa Cummings <lcummings@twitter.com>; Mary Ferrer Hansbury <mhansbury@twitter.com>; Mary Hansbury <mhansbury@twitter.com>; Peter Lenke <plenke@twitter.com>; Sam Teller <steller@twitter.com>; Stacey Conti <sconti@twitter.com> | Fwd: Approval Requested - Privileged and Confidential | Alex Spiro | Attorney Client | Withheld |

# Exhibit 8

# Exhibit 8

| Name | Title | | | Location | Date |
|---|---|---|---|---|---|
| David Sacks | Staff Software Engi... | - | - | US - CA - San Franc... | 2022-10-29 |
| Jason Calacanis | Staff Software Engi... | - | - | US - CA - San Franc... | 2022-10-29 |
| ███████████ | Contractor | - | 1011 Rev Ops | IN - Bangalore - OD... | 2022-10-28 |
| Steve Davis | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| RJ Sekator | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Jared Birchall | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| John Emmons | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Avi Verma | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Phil Duan | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Alex Xiao | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Zahra Ghaed | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Bowen Cheng | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Patrick Cho | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Tony Duan | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Ethan Knight | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Micael Carvalho | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |
| Pete Scheutzow | Staff Software Engi... | Legal | 8312 Legal Privacy &... | US - CA - San Franc... | 2022-10-28 |

This image was originally shared as one long screenshot. It has been cut in half with the halves presented side-by-side to improve legibility.

| First | Last |
|-------|------|
| Alekseev | Mikhail |
| Amarsinghe | Nadeesha |
| Austin | Sheen |
| Babushkin | Ivan |
| Balajadia | Jehn |
| Balayan | Rebecca |
| Biasini | Riccardo |
| Birchall | Jared |
| Bjelde | Brian |
| Calacanis | Jason |
| Carvalho | Micael |
| Chapman | Lindsay |
| Cho | Patrick |
| Clayton | Marcus |
| Custo | Majla |
| Daks | Alon |
| Davis | Steve |
| Dmytryk | Thomas |
| Everhart | Nate |
| Gozali | Ivan |
| Gracias | Antonio |
| Hamby | Charles |
| Hollander | Nicole |
| Jegannathan | Rajasekhar |
| Jenkins | Liz |
| Johnsen | Bret |
| Karatarakis | Alex |
| Koval | Jon |
| Krishnan | Sriram |
| Kurek | Daniel |
| Laymon | Kelsey |
| Mendoza | Pablo |
| Mulder | Antonius |
| Musk | Andrew |
| Musk | James |
| Nocon | Jake |
| Nordeen | Ross |
| Novitskiy | Mikhail |
| Pattipati | Vivek |
| Patton | Gail |
| Ramon | Yoni |
| Ross | Andrew |
| Sacks | David |
| Saldi | Nagesh |
| Sampathkumar | Srihari |
| Scheutzow | Pete |
| Sekator | RJ |
| Shanahan | Chris |
| Sheftel | Brad |
| Shen | Anting |

# Exhibit 9

Page 1

                    JAMS ARBITRATION
              Before Arbitrator Michael Loeb, Esq.

KEENE NIEMACK,          )
        Claimant,       )
                        )
VS.                     ) JAMS Ref No.: 1601002285
                        )
TWITTER, INC.,          )
        Respondent.     )


   **********************************************
        ORAL AND VIDEOTAPED DEPOSITION OF

                    ELON MUSK

                  MAY 9, 2024

            ***CONFIDENTIAL***
   **********************************************
        ORAL AND VIDEOTAPED DEPOSITION OF ELON
   MUSK, produced as a witness at the instance
   of the Claimant, and duly sworn, was taken in
   the above-styled and numbered cause on May 9,
   2024, from 8:39 a.m. to 4:38 p.m., before
   Donna Wright, CSR in and for the State of
   Texas, reported by machine shorthand, at the
   law offices of QUINN EMANUEL URQUHART &
   SULLIVAN, LLP, 300 West 6th Street, Suite 2010,
   Austin, Texas, pursuant to the Texas Rules of
   Civil Procedure and the provisions stated on
   the record or attached hereto.



1    THE VIDEOGRAPHER:  Today is May
2  9th, 2024, and the time is 8:39 a.m.
3  We are on the record.
4    (Discussion off the record)
5    THE VIDEOGRAPHER:  Will counsel    08:39:21
6  and all parties present state their
7  appearances and whom they represent.
8    MS. LISS-RIORDAN:  For
9  Claimant, I'm Shannon Liss-Riordan.
10  With me are --
11    MR. MANEWITH:  Bradley Manewith
12  for Claimant.
13    MR. FOWLER:  And Thomas Fowler,
14  also for Claimant.
15    MS. LISS-RIORDAN:  And we have    08:39:35
16  several other attorneys from our firm
17  attending by Zoom.  Jeremy Abay,
18  Samuel Davis, Matthew Carrieri --
19    MR. MANEWITH:  And Jack
20  Bartholet.                              08:39:47
21    THE REPORTER:  And -- pardon?
22    MR. MANEWITH:  Jack Bartholet.
23    THE REPORTER:  Okay.
24    MR. SPIRO:  This is Alex Spiro
25  on behalf of Mr. Musk, and present    08:39:50

1  with me is Adam Mehes from X.  On the
2  line is Phil Jobe from Quinn Emanuel
3  and Mary Hansbury from X.  Thank you.
4    THE REPORTER:  Okay.
5    MS. LISS-RIORDAN:  Please swear
6  in the witness.
7    ELON MUSK,
8  having been first duly sworn, testified as
9  follows:
10    EXAMINATION
11  BY MS. LISS-RIORDAN:
12    Q.    All right.  Good morning, Mr.
13  Musk.  Nice to meet you.
14    A.    Good morning.
15    Q.    I have heard a lot about you,    08:40:19
16  so nice to meet in person.
17    As you probably know, I'm going
18  to be asking you questions today about
19  various lawsuits and arbitrations that we
20  have brought against Twitter, now X.    08:40:31
21  Throughout this deposition, I may call
22  Twitter and X, I may use those terms
23  interchangeably.
24    But you understand that if I
25  refer to Twitter, I'm referring to the    08:40:42

1  company that is now called X, and vice versa,
2  if I refer to X, the company that used to be
3  Twitter?
4    A.    You are not referring to my
5  son, for example.                         08:40:54
6    Q.    I was not planning to ask you
7  about your son.
8    A.    Right.
9    Q.    But if he has anything relevant
10  to add --                                08:40:58
11    A.    Everything is called X,
12  basically, at this point.
13    Q.    All right.  And so I know you
14  have been through this before, but as you
15  know, we have the court reporter taking down    08:41:01
16  what we're both saying.  So when I ask a
17  question, if you could listen to my question
18  and wait until I'm finished, even if you
19  think you know what I'm about to ask, that
20  way we can get a good record of my questions    08:41:14
21  and your answers.  Okay?
22    A.    Yeah.
23    Q.    And also, please answer with
24  spoken words, not just nods of the head so we
25  can also get a record of your answers.  Okay?    08:41:24

1    A.    Yes.
2    Q.    Okay.
3    MS. LISS-RIORDAN:  Is the sound
4  good?  Can the videographer pick
5  everything up?                           08:41:29
6    THE VIDEOGRAPHER:  Yes.
7    MS. LISS-RIORDAN:  I know
8  you're -- we're both speaking a little
9  softly.  I just want to make sure that
10  it's all being picked up.                08:41:34
11    Q.    (BY MS. LISS-RIORDAN)  Okay.
12  Have you taken any medications that might
13  impair your ability to give truthful and
14  accurate testimony today?
15    A.    No.                             08:41:46
16    Q.    Okay.  Is there any reason that
17  you can't testify truthfully and accurately
18  today?
19    A.    Not that I'm aware of.
20    Q.    Okay.  And you understand that    08:41:56
21  you're under oath today as though you are
22  testifying in a court of law under penalty of
23  perjury?
24    A.    Yes, I just swore an oath.
25    Q.    Yes.  Okay, thank you.          08:42:05

3  (Pages 6 to 9)





MAGNA
LEGAL SERVICES

Page 262

```
1        Q.    Okay.  Do you know whether
2   that's what ended up happening?
3        A.    I'm not sure exactly what
4   happened.
5        Q.    And then on the next page that    13:53:32
6   you're looking at, it says at the top,
7   "Overall, we have a list of 1,523 people
8   across the blue, red, and gold birdhouses who
9   we recommend to keep on payroll out of the
10  initial list of 4,046 people."        13:53:43
11            Do you see that?
12       A.    Yes.
13       Q.    Okay.  So that was a pretty
14  sizable proportion of the workforce was being
15  discussed to be exited?              13:53:51
16       A.    Yes.
17       Q.    Okay.  Now go back to the first
18  page.  And then near the top, David Sacks
19  says, "Thanks for adding me.  I noticed the
20  other list anticipates cuts of only about 25    13:54:15
21  percent in both" -- let's see, I assume
22  that's -- "engineering and nonengineering,
23  whereas the list on this thread anticipates a
24  62 percent cut in engineering.  Isn't that a
25  problem?"                            13:54:28
```

Page 263

```
1            And then David Sacks says,
2   "Shouldn't G&A and marketing functions be cut
3   by about 75 percent?"
4            Do you see that?
5        A.    Yes.                       13:54:40
6        Q.    So -- so there was discussion
7   going on back in October of 2022 about
8   cutting the company, or at least portions of
9   the company by as much as 75 percent?
10       A.    I guess there were discussions.   13:54:51
11  Some groups, like public relations, we did
12  not need a public relations group at all.  So
13  that could be 100 percent.
14       Q.    Okay.  But the number 75
15  percent was floated about in terms of the    13:55:11
16  size of cuts that may be needed?
17       A.    There were many discussions.
18       Q.    And this was one of them?
19       A.    Yes.
20       Q.    Okay.  Let me show you another    13:55:28
21  document.
22            What other discussions, Mr.
23  Musk, do you remember there being about what
24  percentage of the workforce should be cut
25  after you acquired the company?          13:55:59
```

Page 264

```
1        A.    I don't recall.
2        Q.    Do you recall who you had those
3   discussions with?
4        A.    I don't recall specifically.
5        Q.    Did you have any of those         13:56:11
6   discussions with Jared Birchall?
7        A.    Probably.
8        Q.    Did you have any of those
9   discussions with Steve Davis?
10       A.    Probably.                    13:56:18
11       Q.    Did you have any of those
12  discussions was Alex Spiro?
13       A.    Maybe.
14       Q.    Let's mark this as the next
15  exhibit, Exhibit 6.                  13:56:49
16            (Exhibit 6 marked)
17       Q.    All right.  Exhibit 6 appears
18  to be a text exchange between you and
19  someone.
20            Can you take a look at that and    13:57:07
21  tell me if you remember this exchange and who
22  you may have been texting with here?
23       A.    I don't recall this.
24       Q.    Okay.  Do you recognize that
25  the person texting with you has it listed as    13:57:23
```

Page 265

```
1   the "Elon Austin number" so that you were one
2   of the parties on this exchange?
3        A.    It says, "Elon Austin number."
4        Q.    Okay.  Take a -- take a look at
5   some of this exchange and tell me, do you    13:57:37
6   remember -- or do you agree that you were
7   involved in this text exchange?
8        A.    That appears to be the case.
9        Q.    All right.  Let's go to the
10  last page, which has 321 at the bottom.    13:58:05
11            At the top, you say, "The
12  Twitter fiasco continues.  It's getting me
13  down."
14       A.    That appears to be the case.
15       Q.    And then the person you're    13:58:32
16  texting with says, "Ugh, anything I can do?
17  Current role is reducing costs.  Just wrote
18  their new procurement policy."
19            And then you say, "We need to
20  be utterly ruthless and clever on costs    13:58:44
21  immediately or Twitter is doomed."
22            Did you say that?
23       A.    Yes.
24       Q.    What did you mean by "clever on
25  costs"?                          13:58:55
```

67 (Pages 262 to 265)



Page 286

```
 1        A.   I'm not sure.
 2        Q.   Do you know what the current
 3   gender distribution is at Twitter?
 4        A.   I do not.
 5        Q.   Do you know how the gender      14:21:43
 6   distribution has changed since you've taken
 7   ownership of the company?
 8        A.   I do not.
 9        Q.   Would you --
10        A.   I mean, I think these questions   14:21:49
11   would be best -- better suited to Linda
12   Yaccarino, who's the CEO.
13        Q.   Okay.  Would you be surprised
14   if there's a lower proportion of women at the
15   company now than there was before you        14:22:00
16   acquired it?
17        A.   I typically don't know what the
18   proportion is before and after.
19        Q.   You have an inner circle, Mr.
20   Musk, of advisors who have helped you with    14:22:13
21   the Twitter acquisition and operation.  Who
22   would you describe as your top advisors and
23   team who helped you through the acquisition
24   and getting the company where it needed to be
25   over the following year?           14:22:31
```

Page 287

```
 1        A.   Well, I had advice and support
 2   from a large group of people.
 3        Q.   Who was your -- if you had to
 4   describe an inner circle, who were your
 5   closest advisors?               14:22:47
 6        A.   Well, I don't want to include
 7   or exclude.  I mean, there's many people who
 8   provided advice, so it's -- I don't want to
 9   specifically say there's an inner circle.
10   There are people who provided advice.  I      14:23:04
11   always listen -- I always seek advice.  So, I
12   mean, I suppose Jared Birchall primarily.
13        Q.   Steve Davis?
14        A.   Steve Davis -- I mean, his main
15   job is running The Boring Company.  But he    14:23:23
16   certainly was helpful in getting Twitter
17   to -- to avoid bankruptcy.
18        Q.   Antonio Gracias?
19        A.   He is an advisor, but he -- he
20   doesn't spend much time at Twitter.      14:23:45
21        Q.   Alex Spiro?
22        A.   Yes.
23        Q.   He's been an advisor to you in
24   the business operations of the company?
25        A.   I mean, primarily on the legal    14:23:56
```

Page 288

```
 1   front.
 2        Q.   But also in business operations
 3   and decisionmaking?
 4        A.   I mean, primarily legal.  It's,
 5   you know -- yeah, it's primarily legal stuff.   14:24:12
 6        Q.   Primarily, but not exclusively?
 7        A.   I mean, sure.  There are other
 8   things that Alex did, but it's primarily
 9   legal.
10        Q.   Okay.  There are things that    14:24:21
11   Alex did that were not of a legal advisory
12   nature; they were more of a business nature?
13        A.   Yeah, I'm sure Alex has said
14   things that aren't exclusively legal.
15        Q.   Okay.  What about -- so they    14:24:36
16   advise you of things that are illegal.
17             David Sacks?
18        A.   David Sacks has provided some
19   advice.
20        Q.   All right.  I mean, would you    14:24:54
21   describe the people I just named as being
22   your main circle of advisors with Twitter?
23        A.   Those are some of the advisors.
24        Q.   Any women who are in your inner
25   circle with Twitter?           14:25:11
```

Page 289

```
 1        A.   Well, Gwynne Shotwell, who's
 2   the president of SpaceX.
 3        Q.   Anyone else?
 4        A.   Robyn Denholm, who's the
 5   chairman of Tesla -- or chair of Tesla.      14:25:21
 6        Q.   Anyone else?
 7        A.   Well, obviously Linda
 8   Yaccarino, who has been with the company now
 9   I think for about a year as the CEO.
10        Q.   What have the roles been of    14:25:41
11   these women that you just listed with respect
12   to Twitter?
13        A.   Well, you asked for who all
14   made the circle of advisors.
15        Q.   Right.  And what were their    14:25:51
16   roles?
17        A.   Advisors, except in the case of
18   Linda, who is the CEO of the company.
19        Q.   Are you aware that before you
20   acquired the company Twitter had a system in    14:26:07
21   place for employees to make charitable
22   contributions and have them deducted from
23   their paycheck and sent on to the charity of
24   their choice?
25        A.   I became aware of that after    14:26:26
```



Page 378

```
 1              CHANGES AND SIGNATURE
 2    WITNESS NAME: ELON MUSK
 3    DATE OF DEPOSITION: MAY 9, 2024
 4    PAGE  LINE   CHANGE        REASON
 5    _____
 6    _____
 7    _____
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```

Page 379

```
 1    _____
 2         I, ELON MUSK, have read the
      foregoing deposition and hereby affix my
 3    signature that same is true and correct,
      except as noted above.
 4
 5
 6
             _____
 7           ELON MUSK
 8
      THE STATE OF _____)
 9    COUNTY OF _____)
10         Before me, _____,
11    on this day personally appeared ELON MUSK,
12    known to me (or proved to me under oath or
13    through _____)
14    (description of identity card or other
15    document) to be the person whose name is
16    subscribed to the foregoing instrument and
17    acknowledged to me that they executed the
18    same for the purposes and consideration
19    therein expressed.
20         Given under my hand and seal of office
21    this ____ day of _____, _____.
22
             _____
23           NOTARY PUBLIC IN AND FOR
             THE STATE OF _____
             COMMISSION EXPIRES:_____
24
25
```

Page 380

```
 1              JAMS ARBITRATION
          Before Arbitrator Michael Loeb, Esq.
 2
      KEENE NIEMACK,     )
 3        Claimant,    )
                       )
 4    VS.              ) JAMS Ref No.: 1601002285
                       )
 5    TWITTER, INC.,   )
          Respondent. )
 6
 7
          REPORTER'S CERTIFICATION
 8         DEPOSITION OF ELON MUSK
                MAY 9, 2024
 9
10         I, DONNA WRIGHT, Certified Shorthand
11    Reporter in and for the State of Texas,
12    hereby certify to the following:
13         That the witness, ELON MUSK, was duly
14    sworn by the officer and that the transcript
15    of the oral deposition is a true record of
16    the testimony given by the witness;
17         That the deposition transcript was
18    submitted on _____, 2024, to the
19    witness or to the attorney for the witness
20    for examination, signature and return to me
21    by _____, 2024;
22         That the amount of time used by each
23    party at the deposition is as follows:
24         Ms. Shannon Liss-Riordan - 6 hr. 32 min.
           Mr. Alex Spiro - 3 min.
25
```

Page 381

```
 1         That pursuant to information given to
 2    the deposition officer at the time said
 3    testimony was taken, the following includes
 4    counsel for all parties of record:
 5         Ms. Shannon Liss-Riordan, Mr. Bradley
      Manewith, and Mr. Thomas Fowler, Attorneys
 6    for Claimant;
           Mr. Alex Spiro and Mr. Phillip B. Jobe,
 7    Attorneys for Elon Musk;
           Mr. Adam G. Mehes, Attorney for X;
 8
 9         I further certify that I am neither
10    counsel for, related to, nor employed by any
11    of the parties or attorneys in the action in
12    which this proceeding was taken, and further
13    that I am not financially or otherwise
14    interested in the outcome of the action.
15         Further certification requirements
16    pursuant to Rule 203 of TRCP will be
17    certified to after they have occurred.
18         Certified to by me this _____ of
19    _____, 2024.
20
21
22    _____
      DONNA WRIGHT, Texas CSR 1971
23    Expiration Date:  11/30/24
      MAGNA LEGAL SERVICES
24    1635 Market Street, 8th Floor
      Philadelphia, PA  19103
25    Firm Registration No. 633
```

96  (Pages 378 to 381)



# Exhibit 10

**From:**      David Sacks <dos@twitter.com>
**To:**        Elon Musk
**CC:**        Jehn Balajadia; Steve Davis
**Sent:**      10/31/2022 6:20:19 AM
**Subject:**   Re: List of people

(smaller group)
shouldn't G&A and Marketing functions be cut by ~75%?
perhaps Sales should only be cut 25%.

On Sun, Oct 30, 2022 at 11:08 PM David Sacks <dos@twitter.com> wrote:
Thanks for adding me. I notice the other list anticipates cuts of only about 25% in both Eng and Non-Eng, whereas the list on this thread anticipates a 62% cut in Eng. Isn't that a problem?

On Sun, Oct 30, 2022 at 10:55 PM Jonathan Chen <jonathanchen@twitter.com> wrote:
Hi David - we've done a similar exercise with the non-eng orgs in a separate thread with Elon which we will add you to.

Thanks,
Jon

On Sun, Oct 30, 2022 at 10:50 PM David Sacks <dos@twitter.com> wrote:
E- would it make sense to ask the Valor team to help with that?

On Sun, Oct 30, 2022 at 10:47 PM Ashok Elluswamy <ashoke@twitter.com> wrote:
The Tesla team isn't doing this exercise for any of those teams, as far as I know.

On Sun, Oct 30, 2022 at 10:45 PM David Sacks <dos@twitter.com> wrote:
This looks super thorough for R&D functions. Is anyone doing a comparable analysis for G&A or S&M functions?

On Sun, Oct 30, 2022 at 8:06 PM Ashok Elluswamy <ashoke@twitter.com> wrote:
Hi Elon,

The Tesla Team (Milan, Silvio, Nagesh, I, engineers from Autopilot, Vehicle software and IT) worked with a few trusted members from the Twitter team to identify the list of top contributors to the company. Milan and Nagesh scanned the Red house, Silvio did Gold and I did Blue.

We scanned through their various code bases, training notebooks etc to identify source files, commit diffs and other artifacts to vet the people's contributions to the company. As we had mentioned earlier, once strong engineers who got promoted to managers had to stop writing code due to the previous management. We worked through that list and made sure only the ones who will be able to write code, train models, etc remain at the company. Overall the list should be a set of the top engineers and contributors across the company. There will be some mistakes and hopefully they reply back to your email with justification.

The organization structure had a lot of "strategy & operations", program managers, ux researchers etc. We have significantly cut these orgs and made sure the engineer/technical person to support/auxiliary person ratio is roughly 60:1. It used to be 10:1 earlier. Engineering managers should be reduced to a rough ratio of 20:1 with many of them converting back to individual contributors. A good fraction of the top management did not make the list.

CONFIDENTIAL                                                                                    X_ARBS_000001663

Overall, we have a list of 1,523 people across the blue, red & gold bird houses whom we recommend to keep on payroll out of the initial list of 4,046 people. We are 98% done with the spread sheet with a few minor tweaks that are happening. We will send a follow up email when we are fully done later today. Shared spreadsheet link here. It's sorted by recommendation to keep.

Discussing with the Twitter team, we think that this is a good start to keep the service running stably over the next few weeks. There will be natural attrition plus further reduction that can happen when you design the orgs that will further reduce it.

Please let us know if you want to review this over a call or if this is sufficient for you.

Thanks,
Tesla Team

--
**Jonathan Chen**
VP, Corporate Development & Strategy | Twitter, Inc.
@jonchen

CONFIDENTIAL

X_ARBS_000001664