# Exhibit 12

**From:**     Jason Calacanis <jmc@twitter.com>
**To:**       Ross Nordeen
**Sent:**     11/3/2022 4:10:55 AM
**Subject:**  Fwd: Design next steps

here are the 7 designers

---------- Forwarded message ---------
From: **Jason Calacanis** <jmc@twitter.com>
Date: Wed, Nov 2, 2022 at 9:04 PM
Subject: Re: Design next steps
To: Lauren Liao <lliao@twitter.com>
Cc: David Sacks <dos@twitter.com>

OK, we are going to keep all 7 of these folks. Sacks make sure the right person knows.

Elon will figure out who the design director is after seeing their work in the coming weeks.

best j

On Wed, Nov 2, 2022 at 8:27 PM Lauren Liao <lliao@twitter.com> wrote:
Per our conversation, next steps

1. Ask Elon if he thinks we need a Design Director (Jason)
Candidates: Richard Ting (linkedin; birdhouse profile) or Anita Butler (linkedin; birdhouse profile)
- Richard currently oversees GB (Ads) design
- Anita currently overseas BB (consumer-facing) design

Anita is probably the stronger leader and designer, but Richard is not far off.
Richard is probably more leaned in culturally, not sure about Anita.

2. Let Benham and Ross know that we are not restricted to swaps only - that we can add great talent if they serve a function. Request for 5 designers (3 design systems and 2 rapid design prototypers) to be added to the Save list. (Lauren)

Lmk if you have any questions or want to discuss. Also available by phone 917-789-0220.

Thanks

--

**Lauren Liao** | Director, Strategy & Operations, Goldbird

CONFIDENTIAL

X_ARBS_000068147