# Exhibit 11

| | |
|---|---|
| From: | Stacey Conti <sconti@twitter.com> |
| To: | Katie Marcotte |
| CC: | Brian Bjelde; Mike Foley; Steve Davis; jbirchall@twitter.com |
| Sent: | 12/12/2022 12:07:50 AM |
| Subject: | RIF/Opt Out Payment Structure |
| Attachments: | image.png |

Here are the estimates in the Valor model.

Please note: I can't get the underlying employee numbers that they used in their model as my Finance contact is not near their computer- but if you need estimates now, this is a good start:

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | **Assumptions** | | | | | | |
| 3 | | Three Months Salary for terminated employees | | | | | | |
| 4 | | December-January Vesting for non NYC employees, December to February Vesting for NYC employees | | | | | | |
| 5 | | Insurance Rate per Head applied to terminated employees while on payroll | | | | | | |
| 6 | | Payroll Tax Based on historical periodic rates | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | Nov | Dec | Jan | Feb | | |
| 10 | Total | Salaries | | | | | | |
| 11 | | Payroll Tax | | | | | | |
| 12 | | Benefits | | | | | | |
| 13 | | Def. Cash Comp | | | | | | |
| 14 | | Total | | | | | | |
| 15 | | | | | | | | |
| 16 | COR | Salaries | | | | | | |
| 17 | | Payroll Tax | | | | | | |
| 18 | | Benefits | | | | | | |
| 19 | | Def. Cash Comp | | | | | | |
| 20 | | Total | | | | | | |
| 21 | | | | | | | | |
| 22 | G&A | Salaries | | | | | | |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 23 |  | Payroll Tax |  |  |  |  |  |  |
| 24 |  | Benefits |  |  |  |  |  |  |
| 25 |  | Def. Cash Comp |  |  |  |  |  |  |
| 26 |  | Total |  |  |  |  |  |  |
| 27 |  |  |  |  |  |  |  |  |
| 28 | S&M | Salaries |  |  |  |  |  |  |
| 29 |  | Payroll Tax |  |  |  |  |  |  |
| 30 |  | Benefits |  |  |  |  |  |  |
| 31 |  | Def. Cash Comp |  |  |  |  |  |  |
| 32 |  | Total |  |  |  |  |  |  |
| 33 |  |  |  |  |  |  |  |  |
| 34 | R&D | Salaries |  |  |  |  |  |  |
| 35 |  | Payroll Tax |  |  |  |  |  |  |
| 36 |  | Benefits |  |  |  |  |  |  |
| 37 |  | Def. Cash Comp |  |  |  |  |  |  |
| 38 |  | Total |  |  |  |  |  |  |
| 39 |  |  |  |  |  |  |  |  |
| 40 |  |  |  |  |  |  |  |  |
| 41 |  | Tax Rate Assumption |  |  |  |  |  |  |



On Sun, Dec 11, 2022 at 3:46 PM Stacey Conti <sconti@twitter.com> wrote:
I have Finance team doing some calculations. They provided similar estimates to Valor team.

On Sun, Dec 11, 2022 at 3:33 PM Katie Marcotte <kmarcotte@twitter.com> wrote:
adding him here. (+ stacey for viz)

Doc is below. We need the total numbers of employees in each bucket so that we can calculate spend
https://docs.google.com/spreadsheets/d/1JPBVAGF1bEL0ZsoM1g_K9oPlrHh8af_ARbqut9CynSE/edit#gid=1554282716

On Sun, Dec 11, 2022 at 5:09 PM Brian Bjelde <bbjelde@twitter.com> wrote:
Katie- can Foley knock this out for us quickly (tonight)?

On Dec 10, 2022, at 11:26 PM, Steve Davis <stevedavis@twitter.com> wrote:

Thanks. Possible to fill out this table?

|  |  | Feb 1 Vesting? | Spend |
|---|---|---|---|
| 1. Current employees |  | Yes |  |
| 2. Initial RIF - not NY |  | No | $ - |
| 3. Initial RIF - NY |  | Yes |  |
| 4. Opt out - not NY |  | No | $ - |
| 5. Opt out - NY |  | No | $ - |
| 6. Resignations/cause |  | No | $ - |
| Total |  |  |  |

On Sat, Dec 10, 2022 at 4:35 PM Katie Marcotte <kmarcotte@twitter.com> wrote:
done

On Sat, Dec 10, 2022 at 6:28 PM Brian Bjelde <bbjelde@twitter.com> wrote:
Katie- can you please share access for this sheet with Steve Davis (cc'd)?

Thanks.

On Dec 8, 2022, at 3:58 PM, Katie Marcotte (Snodgr... (via Google Sheets) <drive-shares-dm-noreply@google.com> wrote:

CONFIDENTIAL

X_ARBS_000002778

Katie Marcotte (Snodgrass) shared a spreadsheet

 Katie Marcotte (Snodgrass) (ksnodgrass@twitter.com) has invited you to **edit** the following spreadsheet:

here is an overview with approvals in each tab. LMK what else you need.

RIF/Opt Out Payment Structure

Open

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because ksnodgrass@twitter.com shared a spreadsheet with you from Google Sheets.



--

 Katie Marcotte | Twitter HR
Pronouns: She/Her
Follow me @kms

--

Katie Marcotte | Twitter HR
Pronouns: She/Her
Follow me @kms

--

Stacey Fix Conti | M&A Integration | Twitter, Inc.
1355 Market Street, Suite 900, San Francisco, CA 94103
sconti@twitter.com - 415-361-9144 - @Stacey_Conti

--

Stacey Fix Conti | M&A Integration | Twitter, Inc.
1355 Market Street, Suite 900, San Francisco, CA 94103
sconti@twitter.com - 415-361-9144 - @Stacey_Conti