## CERTIFICATE OF COMPLIANCE

Pursuant to Paragraph (C)(1)(c) of the Court's *Standing Order Relating to Utilization of Magistrate Judges* dated November 3, 2011, I certify that *Defendant X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/ka/ X Holdings I, Inc.'s Objections to Report and Recommendations* does not raise new legal or factual arguments that were not raised before the Magistrate Judge. I further certify that all printed matter in this brief appears in 12-point, Times New Roman font, in compliance with Local Rule 5.1.1(a) and 7.1.3(a)(2).

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)