# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., et al. <br><br> Defendant. | C.A. No. 1:23-cv-528-JLH-CJB |

## NOTICE OF APPEARANCE

Please enter the appearance of Kate Butler of the firm Kate Butler Law LLC on behalf of interested parties Emmanuel Cornet, Justine De Caires, Lenn Kindel (f/k/a Grae Kindel), Alexis Camacho, Jessica Pan, Emily Kim, Miguel Andres Barreto, and Brett Menzies Folkins, on behalf of themselves and all other similarly situated, in the above-captioned action.

1

Dated: December 19, 2024        Respectfully submitted,

EMMANUEL CORNET, JUSTINE DE CAIRES, GRAE KINDEL, ALEXIS CAMACHO, JESSICA PAN, EMILY KIM, MIGUEL BARRETO, and BRETT MENZIES FOLKINS, on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Kate Butler
Kate Butler, Bar I.D. No. 6017
Kate Butler Law LLC
1509 Gilpin Ave, Suite No. 3
Wilmington, DE 19806
Phone: (302) 966-9994
Email: kate@katebutlerlaw.com

Shannon Liss-Riordan (*pro hac vice*)
Bradley Manewith (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com
bmanewith@llrlaw.com
tfowler@llrlaw.com

2

## CERTIFICATE OF SERVICE

I, Kate Butler, hereby certify that a true and accurate copy of the redacted version of this document was served on all counsel of record in this matter via filing on the Court's CM/ECF system and that Cornet Plaintiffs have served the sealed version of this document on Defendant's counsel via email on December 19, 2024.

/s/ Kate Butler
Kate Butler
