IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | Case No. 1:23-cv-528-JLH-CJB |

## **CERTIFICATION**

Pursuant to the Court's March 7, 2022 Standing Order for Objections Filed Under Fed. R. Civ. P. 72, the undersigned counsel for Plaintiffs hereby certify that the objections filed on December 18, 2024 to the Magistrate Judge's December 5, 2024 Report and Recommendation do not raise any new legal or factual arguments that were not previously raised before the Magistrate Judge. The arguments in the objections discuss *Crispo v. Musk*, 304 A.3d 567 (Del. Ch. 2023), which was submitted as subsequent authority, but otherwise rely on the same legal theory raised in the opposition to the motion to dismiss. The objections were set in Garamond font with a font size of 12.

| OF COUNSEL | CHRISTENSEN LAW LLC |
|---|---|
| Akiva Cohen (*pro hac vice*)<br>Dylan M. Schmeyer (*pro hac vice*)<br>Michael D. Dunford (*pro hac vice*)<br>Lane A. Haygood (*pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>Tel: (212) 400-4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br>mdunford@kusklaw.com | /s/ *Joseph L. Christensen*<br>Joseph L. Christensen (#5146)<br>CHRISTENSEN LAW LLC<br>1201 N. Market Street, Suite 1404<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensenlawde.com<br><br>*Counsel for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |

Dated: December 20, 2024