# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>*Plaintiffs*,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-528-JLH-CJB |

## STIPULATION REGARDING RESPONSES TO OBJECTIONS TO REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS

WHEREAS, on December 5, 2024, Magistrate Judge Christopher J. Burke issued a Report and Recommendation [D.I. 110] regarding Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp., f/k/a X Holdings I, Inc.'s Motion to Dismiss [D.I. 14];

WHEREAS, on December 18, 2024, Plaintiffs filed their *Objections to the Report and Recommendations of Judge Christopher J. Burke* [D.I. 111] ("Plaintiffs' Objections");

WHEREAS, on December 19, 2024, Defendants filed their *Objections to Report and Recommendations (D.I. 110)* [D.I. 113] ("Defendants' Objections" and together with Plaintiffs' Objections, the "Objections"); and

WHEREAS, due to the intervening holidays, the parties conferred and agreed to extend the default time by which their responses to the Objections are required to be filed pursuant to Rule 6(a) and Rule 72(b)(2) of the Federal Rules of Civil Procedure.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

- Plaintiffs shall file a response to Defendants' Objections by no later than January 9, 2025; and

- Defendants shall file a response to Plaintiffs' Objections by no later than January 9, 2025.

Dated: December 30, 2024

| **CHRISTENSEN LAW LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| /s/ Joseph L. Christensen<br>Joseph L. Christensen (#5146)<br>1201 N. Market Street, Suite 1404<br>Wilmington, Delaware 19801<br>(302) 212-4330<br>joe@christensenlawde.com | /s/ Jody C. Barillare<br>Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>302-574-7294<br>jody.barillare@morganlewis.com |
| **KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**<br>Akiva Cohen (*pro hac vice*)<br>Dylan M. Schmeyer (*pro hac vice*)<br>Michael D. Dunford (*pro hac vice*)<br>Lane A. Haygood (*pro hac vice*)<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br>mdunford@kusklaw.com<br>lhaygood@kusklaw.com<br><br>*Attorneys for Plaintiffs* | Eric Meckley (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>415-442-1000<br>eric.meckley@morganlewis.com<br><br>T. Cullen Wallace (*pro hac vice*)<br>1000 Louisiana Street, Suite 4500<br>Houston, TX 77002-5005<br>713-890-5722<br>cullen.wallace@morganlewis.com<br><br>*Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.* |

IT IS SO ORDERED this _____ day of _____, 202_.

_____
The Hon. Christopher J. Burke