# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>*Plaintiffs*,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-528-JLH-CJB |

## DECLARATION OF WALTER GILBERT

I, Walter Gilbert, declare, pursuant to 28 U.S.C. § 1746 and subject to penalties of perjury, as follows:

1. I make this declaration based on my personal knowledge and my review of business records of X Corp. and certain documents produced through litigation. If called to testify to these facts, I would be competent to do so.

2. I am currently the Senior Director for Human Resources and Talent at X Corp. I have held this role since 2023. Through this role, I am familiar with X Corp's current and past practices for onboarding employees.

3. Since at least September 2017, X Corp. (f/k/a Twitter) has provided applicants who have been offered a position in the United States with an onboarding packet that includes a standard Dispute Resolution Agreement.

4. I have reviewed the personnel file of the claimant in the arbitration for which the Cornet Plaintiffs submitted a confidential award at D.I. 115-3 ("Subject Claimant") and confirmed that the Subject Claimant signed a Dispute Resolution Agreement.

5. I have further reviewed the Dispute Resolution Agreements submitted by X Corp. in *Cornet v. Twitter, Inc.*, 23-cv-441-TMH (D. Del.) at D.I. 18-1.

6. The Dispute Resolution Agreements submitted in *Cornet* signed by Greg Kindel (D.I. 18-1 at 13-16) and Alex Camacho (D.I. 18-1 at 23-26) are the same as the Dispute Resolution Agreement signed by the Subject Claimant, including the confidentiality provision found in § 7 of the Agreements, which provides that: "Except as may be permitted or required by law, as determined by the Arbitrator, neither a party nor an Arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of all parties."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 31, 2024                                         _____
                                                                 Walter Gilbert