## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>   *Plaintiffs*,<br>  v.<br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>   *Defendants*. | C.A. No. 1:23-cv-528-JLH-CJB |

### DEFENDANTS' NOTICE OF SUBSEQUENT AUTHORITY

Defendants, by and through their undersigned counsel, hereby submit this Notice of Subsequent Authority related to the *Motion for Leave to file Amicus Brief in Opposition to the Magistrate Judge's Report and Recommendation* [D.I. 115-116] (the "Motion") filed by the plaintiffs (the "Cornet Plaintiffs") in *Cornet et al. v. Twitter, Inc.*, C.A. No. 1:23-cv-441-TMH (the "Cornet Action").

By the Motion, the Cornet Plaintiffs seek entry of an order permitting their appearance in this Action because, in the Cornet Plaintiffs' view, they hold substantially similar claims as those alleged by the Plaintiffs in this action (the "Arnold Plaintiffs"). In the Cornet Action, the Arnold Plaintiffs filed their *Motion for Leave to File Brief as Amicus Curiae, to Intervene for a Limited Purpose or to Coordinate Briefing with Related Case*. Cornet Action at D.I. 84. On January 7, 2025, the Honorable Todd M. Hughes entered an oral order summarily denying the Arnold Plaintiffs' Motion for Leave to Intervene or Appear as *Amicus Curiae* in the Cornet Action. Cornet Action at D.I. 107. Judge Hughes's oral order is attached hereto as **Exhibit A**.

1

| | |
|---|---|
| Dated: January 13, 2025 | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | */s/ Jody C. Barillare* |
| | Jody C. Barillare (#5107) |
| Eric Meckley | 1201 N. Market Street, Suite 2201 |
| One Market, Spear Street Tower | Wilmington, Delaware 19801 |
| San Francisco, CA 94105 | 302-574-7294 |
| 415-442-1000 | jody.barillare@morganlewis.com |
| eric.meckley@morganlewis.com | |
| | *Attorneys for Defendants* |
| T. Cullen Wallace | |
| 1000 Louisiana Street, Suite 4000 | |
| Houston, TX 77002-5005 | |
| 713-890-5722 | |
| cullen.wallace@morganlewis.com | |