# **EXHIBIT A**

**From:** ded_nefreply@ded.uscourts.gov <ded_nefreply@ded.uscourts.gov>
**Sent:** Tuesday, January 7, 2025 11:11:46 AM
**To:** ded_ecf@ded.uscourts.gov <ded_ecf@ded.uscourts.gov>
**Subject:** Activity in Case 1:23-cv-00441-TMH Cornet et al v. Twitter, Inc. Oral Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 1/7/2025 at 11:11 AM EST and filed on 1/7/2025
**Case Name:**        Cornet et al v. Twitter, Inc.
**Case Number:**      1:23-cv-00441-TMH
**Filer:**
**Document Number:** 107(No document attached)

**Docket Text:**
**ORAL ORDER: Motion for leave to permit Joseph Christensen to file an amicus brief, to intervene for a limited purpose or to coordinate briefing with related case is denied. Ordered by Judge Todd M. Hughes on 1/7/2025. (jfm)**

**1:23-cv-00441-TMH Notice has been electronically mailed to:**

Jody Barillare     jody.barillare@morganlewis.com, PHCalendarDepartment@morganlewis.com, lori.gibson@morganlewis.com

Joseph Christensen     joe@christensenlawde.com, hanspach@christensenlawde.com

Katherine Butler     kate@katebutlerlaw.com, 9575353420@filings.docketbird.com, admin@katebutlerlaw.com

T. Cullen Wallace     cullen.wallace@morganlewis.com, morgan.mcgreevy@morganlewis.com

Bradley Manewith    bmanewith@llrlaw.com, courtb@llrlaw.com

Shannon Liss-Riordan    sliss@llrlaw.com, courts@llrlaw.com

Thomas Fowler    tfowler@llrlaw.com

Eric Meckley    eric.meckley@morganlewis.com, adele.doyle@morganlewis.com

Morgan A. McGreevy    morgan.mcgreevy@morganlewis.com

Case 1:23-cv-00528-JLH-CJB   Document 124-1   Filed 01/13/25   Page 3 of 3 PageID #: 2442