IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | Case No. 1:23-cv-528-JLH-CJB |

## DECLARATION OF AKIVA M. COHEN

1. I am counsel to Petitioners in this action and submit this Declaration in further support of their Petition for an Order compelling Respondents to arbitrate Petitioners' claims, and to do so in compliance with the rules of the arbitration provider Twitter chose, including by paying the associated arbitral fees. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if required to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of Twitter's June 28, 2023 Response to Response to JAMS' June 21, 2023 Letter, with Claimants' names and addresses redacted.

Dated: January 14, 2025
New Brunswick, New Jersey.

                                                         */s/ Akiva M. Cohen*
                                                          Akiva M. Cohen