# EXHIBIT 1

# Morgan Lewis

**Sari M. Alamuddin**
Partner
+1.312.324.1158
sari.alamuddin@morganlewis.com

June 28, 2023

**VIA EMAIL**

Sheri Eisner
Senior Vice Present, General Counsel
Co-Chair, JAMS National Arbitration Committee

Re:    Twitter, Inc's Response to JAMS' June 21, 2023 Letter

Dear Ms. Eisner:

On behalf of X Corp. as success-in-interest to Twitter, Inc. (collectively, hereinafter "Twitter"), we write in response to your letter dated June 21, 2023.

As we explained in our June 2, 2023 letter to JAMS, both JAMS' Minimum Standard No. 6, and any decision by JAMS that it will make the final determination on this Standard's application to these cases, conflict with the express, unambiguous and controlling terms of the applicable dispute resolution agreements between the parties. We accordingly sought clarification from JAMS as to its understanding of the application of these principles in these matters. In JAMS' letter dated June 21, 2023, JAMS decided (1) that it would apply the Minimum Standards "notwithstanding any contrary provision in the parties' arbitration agreement"; (2) where it "has determined that Minimum Standards apply and an employer declines to proceed under the Minimum Standards, JAMS will decline to administer the arbitration"; and (3) if an individual arbitrator believes that JAMS should revisit the issue, JAMS may take that into consideration but ultimately JAMS "will make a final determination."

JAMS' decision prevents Twitter from exercising its contractual rights and improperly negates a material provision in the dispute resolution agreements should Twitter proceed in accordance with that decision. For this reason and based upon JAMS' recent June 21 determination, Twitter declines to proceed under the Minimum Standards for all demands in jurisdictions where fee-sharing is lawful. Attached to this letter is a list of demands against Twitter currently filed with and/or pending before JAMS in such jurisdictions. We understand that, in accordance with your June 21 letter, JAMS will no longer administer these arbitrations. As a result, JAMS should cease invoicing Twitter for any fees/costs associated with these arbitrations.

Please let us know if you have any questions. Counsel for claimants is copied on this letter.

**Morgan, Lewis & Bockius LLP**

110 North Wacker Drive
Chicago, IL  60606-1511
United States

☎ +1.312.324.1000
🖷 +1.312.324.1001

Sheri Eisner
June 28, 2023
Page 2

Sincerely,


/s/


Sari M. Alamuddin

SMA
Attachment
c:  Dixon Diab & Chambers LLP
    Outten & Golden LLP
    Lichten & Liss-Riordan P.C.
    Kamerman, Uncyk, Soniker & Klein, P.C.

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002238 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002240 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002243 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 / 33379 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002250 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002251 |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002253 |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002255 |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002259 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1345002152 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002262 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002265 |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002266 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002270 |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002275 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002276 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002277 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | 1601002279 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | 2602003380 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002283 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| | | | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002287 |
| | | | Lichten & Liss-Riordan, P.C. | 1601002288 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002290 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002293 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | amerman, Uncyk, Soniker & Klein, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601002294 |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601001991 |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | amerman, Uncyk, Soniker & Klein, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002299 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002302 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002303 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | amerman, Uncyk, Soniker & Klein, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601001991 |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601001991 |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | amerman, Uncyk, Soniker & Klein, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | 1601001991 |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | ichten & Liss-Riordan, P.C. | |
| | | | amerman, Uncyk, Soniker & Klein, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 / 33378 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002315 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002317 |
| | | | Lichten & Liss-Riordan, P.C. | 1601002318 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002319 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002320 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601002321 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |

| Claimant Last Name | Claimant First Name | Location | Claimant Firm | Reference Number |
|---|---|---|---|---|
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Kamerman, Uncyk, Soniker & Klein, P.C. | 1601002006 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | 1601001991 |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |
| | | | Lichten & Liss-Riordan, P.C. | |