IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>              Plaintiffs,<br><br>        v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>              Defendants. | C.A. No. 1:23-cv-528-TMH |

**STIPULATION [PROPOSED] ORDER REGARDING RESPONSES TO OBJECTIONS TO REPORT AND RECOMMENDATIONS ON DEFENDANT'S MOTION TO DISMISS**

WHEREAS, on January 8, 2025, Magistrate Judge Christopher J. Burke issued a Report and Recommendation [D.I. 121] regarding *Defendant Elon Musk's Renewed Motion to Dismiss Counts I-XIV*;

WHEREAS, the parties conferred and agreed to extend the time to file their responses to the Objections pursuant to Rule 6(a) and Rule 72(b)(2) of the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, subject to the approval of the Court that:

1.     Plaintiffs shall file their Objections by no later than January 30, 2025; and

2.     Defendants shall file their Objections by no later than January 30, 2025.

Dated: January 23, 2025

| CHRISTENSEN LAW LLP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1201 N. Market Street, Suite 1401 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | 302-574-7294 |
| joe@christensenlawde.com | jody.barillare@morganlewis.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

SO ORDERED this _____ day of January, 2025.

_____
The Hon. Todd M. Hughes