## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WOLFRAM ARNOLD, ERIK FROESE,
TRACY HAWKINS, JOSEPH KILLIAN,
LAURA CHAN PYTLARZ, and ANDREW
SCHLAIKJER,

               Plaintiffs,

    v.

X CORP. f/k/a TWITTER, INC., X
HOLDINGS CORP. f/k/a X HOLDINGS
I, INC. and ELON MUSK,

             Defendants.

Case No. 1:23-cv-528-TMH

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") hereby request oral argument regarding the Report and Recommendation of Judge Burke, D.I. 121.

**OF COUNSEL**

Akiva Cohen (pro hac vice)
Dylan M. Schmeyer (pro hac vice)
Michael D. Dunford (pro hac vice)
Lane A. Haygood (pro hac vice)
KAMERMAN, UNCYK, SONIKER &
KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Tel: (212) 400-4930
acohen@kusklaw.com
dschmeyer@kusklaw.com
mdunford@kusklaw.com

Dated: February 20, 2025

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
CHRISTENSEN LAW LLC
1201 N. Market Street, Suite 1404
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensenlawde.com

*Counsel for Wolfram Arnold, Erik Froese,
Tracy Hawkins, Joseph Killian, Laura Chan
Pytlarz, and Andrew Schlaikjer*