# Christensen Law LLC
1201 North Market Street, Suite 1404
Wilmington, DE 19801
(302) 212-4330

Joseph L. Christensen
joe@christensenlawde.com

March 6, 2025

**Via CM/ECF & Hand Delivery**

The Honorable Todd M. Hughes
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Wilmington, DE 19801-3555

      Re:   *Arnold et al v. X Corp. et al*, Case Number:  1:23-cv-00528-TMH

Dear Judge Hughes:

I write regarding the schedule for oral argument set for April 15, 2025 at 1:30 pm regarding Objections to Magistrate Judge's Reports and Recommendations. D.I. 141. April 15 falls in the middle of Passover and the lead counsel for plaintiffs will be in Florida with his family. The parties have conferred and, subject to the Court's approval and availability, respectfully request that the oral argument date be moved to April 23 or April 24. To the extent that neither the 23rd or 24th is available, we ask that the Court conduct the argument by videoconference. If neither of those options are available, however, Plaintiffs would prefer to maintain the argument on April 15, and counsel will fly in from Florida that day.

Should Your Honor have any questions counsel is available.

The Honorable Todd M. Hughes
March 6, 2025
Page 2

Sincerely,

*/s/ Joseph L. Christensen*

Joseph L. Christensen (#5146)

cc: All counsel of record (via CM/ECF)