## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS COPR. f/k/a X HOLDINGS I, INC and ELON MUSK,<br><br>Defendants. | C.A. No. 23-cv-528-TMH |

### [PROPOSED] ORDER GRANTING
### UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

This ____ day of March, 2025, Defendants having moved for leave to file Exhibit A to its three-page discovery dispute letter filed March 19, 2025 (the "Exhibit") under seal, and the Court having determined that good grounds exist for the requested relief; now, therefore,

IT IS HEREBY ORDERED that Defendants' motion for leave to file Exhibit A to its three-page discovery dispute letter filed March 19, 2025 under seal is GRANTED.

_____
Honorable Todd M. Hughes