# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                    Plaintiffs,<br>          v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                    Defendants. | Case No. 1:23-cv-528-JLH |

## NOTICE OF DEPOSITION OF ELON MUSK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") by and through their undersigned counsel, will take the deposition upon oral examination of Defendant Elon Musk ("Musk") on March 20, 2025 at 9:30 Eastern time at 1201 North Market Street, Wilmington, DE 19801.  The testimony will be recorded by stenographic means, and may also be recorded by audio, video, or real-time transcription means before a notary public or other officer authorized to administer oaths. Plaintiffs may seek to use the testimony and the videotape at the time of trial.

| | |
|---|---|
| **OF COUNSEL**<br><br>Akiva Cohen (*pro hac vice*)<br>Dylan M. Schmeyer (*pro hac vice*)<br>Michael D. Dunford (*pro hac vice*)<br>Lane A. Haygood (*pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>Tel: (212) 400-4930<br>acohen@kusklaw.com dschmeyer@kusklaw.com<br>mdunford@kusklaw.com | <u>/s/ *Joseph L. Christensen*</u><br>Joseph L. Christensen (#5146)<br>CHRISTENSEN LAW LLC<br>1201 N. Market Street, Suite 1404<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensenlawde.com<br><br>*Counsel for Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer* |

Dated: February 25, 2025

2