## CERTIFICATE OF COMPLIANCE

  I further certify that all printed matter in this letter brief appears in 12-point, Times New Roman font, in compliance with Local Rule 5.1.1(a) and 7.1.3(a)(2).

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
