IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                    Plaintiffs,<br><br>      v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                    Defendants. | C.A. No. 1:23-cv-00528-TMH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

      WHEREAS, on May 1, 2025, an Oral Order was issued scheduling letter briefing regarding veil-piercing on the merits (D.I. 153);

      WHEREAS, the parties have discussed an extension of time for Plaintiffs to file their Surreply to Elon Musk's Reply in support of his Motion to Dismiss (D.I. 37) in light of a scheduled arbitration trial;

      IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. By June 13, 2025, Plaintiffs shall file and serve their Surreply to Elon Musk's Reply in support of his Motion to Dismiss (D.I. 37);

2. By June 23, 2025, Defendant Elon Musk shall file and serve a final Reply;

| CHRISTENSEN LAW LLC | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1201 North Market Street, Suite 1404 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | Tel: (302) 574-7294 |
| joe@christensenlawde.com | jody.barillare@morganlewis.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Todd M. Hughes