# Exhibit 1

NEVADA'S BUSINESS PORTAL

## Entity Information

### Entity Information

| | |
|---|---|
| **Entity Name:** X CORP. | **Entity Number:** E28915242023-1 |
| **Entity Type:** Domestic Corporation (78) | **Entity Status:** Active |
| **Formation Date:** 03/09/2023 | **NV Business ID:** NV20232715940 |
| **Termination Date:** | **Annual Report Due Date:** 3/31/2026 |
| **Compliance Hold:** | |

### Registered AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** C T CORPORATION SYSTEM** | **Status:** Active |
| **CRA Agent Entity Type:** | **Registered Agent Type:** Commercial Registered Agent |
| **NV Business ID:** NV20191497453 | **Office or Position:** |
| **Jurisdiction:** DELAWARE | |
| **Street Address:** 701 S CARSON ST STE 200, Carson City, NV, 89701, USA | |
| **Mailing Address:** | |

### OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | Elon Musk | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA | 02/04/2025 | Active |
| Secretary | Elon Musk | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA | 02/04/2025 | Active |
| Treasurer | Elon Musk | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA | 02/04/2025 | Active |
| Director | Elon Musk | 865 FM 1209, Building 2, Bastrop, TX, 78602, USA | 02/04/2025 | Active |

Page 1 of 1, records 1 to 4 of 4

### CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 1,000 | 0.01 |

Page 1 of 1, records 1 to 1 of 1

**Number of No Par Value Shares:** 0

**Total Authorized Capital:** 10

[Filing History] [Name History] [Mergers/Conversions]

[Return to Search] [Return to Results]