# Exhibit 2

## Entity Information

### Entity Information

| | |
|---|---|
| **Entity Name:** X HOLDINGS CORP. | **Entity Number:** E29639412023-3 |
| **Entity Type:** Domestic Corporation (78) | **Entity Status:** Active |
| **Formation Date:** 03/09/2023 | **NV Business ID:** NV20232715924 |
| **Termination Date:** | **Annual Report Due Date:** 3/31/2026 |
| **Compliance Hold:** | |

### Registered AGENT INFORMATION

| | |
|---|---|
| **Name of Individual or Legal Entity:** CORPORATION SERVICE COMPANY* | **Status:** Active |
| **CRA Agent Entity Type:** | **Registered Agent Type:** Commercial Registered Agent |
| **NV Business ID:** NV20101844335 | **Office or Position:** |
| **Jurisdiction:** DELAWARE | |
| **Street Address:** 112 NORTH CURRY STREET, Carson City, NV, 89703, USA | |
| **Mailing Address:** | |

### OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | Elon Musk | 2110 Ranch Rd, 620 S. #341886, Austin, TX, 78734, USA | 03/13/2024 | Active |
| Secretary | Elon Musk | 2110 Ranch Rd, 620 S. #341886, Austin, TX, 78734, USA | 03/13/2024 | Active |
| Treasurer | Elon Musk | 2110 Ranch Rd, 620 S. #341886, Austin, TX, 78734, USA | 03/13/2024 | Active |
| Director | Elon Musk | 2110 Ranch Rd, 620 S. #341886, Austin, TX, 78734, USA | 03/13/2024 | Active |

Page 1 of 1, records 1 to 4 of 4

### CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 1,000 | 0.001 |

Page 1 of 1, records 1 to 1 of 1

**Number of No Par Value Shares:** 0

**Total Authorized Capital:** 1

[Filing History] [Name History] [Mergers/Conversions]

Return to Search   Return to Results