IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>                  Plaintiffs,<br><br>      v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>                  Defendants. | C.A. No. 1:23-cv-00528-TMH |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on May 1, 2025, an Oral Order was issued scheduling letter briefing regarding veil-piercing on the merits (D.I. 153);

WHEREAS, after an extension of time (D.I. 154), on June 13, 2025, Plaintiffs filed their Surreply to Defendant Elon Musk's Reply in support of his Motion to Dismiss (D.I. 156);

WHEREAS, Defendant requested and the parties agreed on an additional seven (7) days for Defendant to file his Reply;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Defendant shall file and serve a final Reply by June 30, 2025.

Dated:  June 17, 2025

| | |
|---|---|
| CHRISTENSEN LAW LLC | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1201 North Market Street, Suite 1404 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | Tel: (302) 574-7294 |
| joe@christensenlawde.com | jody.barillare@morganlewis.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

SO ORDERED this _____ day of June, 2025.

_____
The Honorable Todd M. Hughes