# **EXHIBIT B**

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Thursday, June 19, 2025 10:29 AM
**To:** Barillare, Jody C. <jody.barillare@morganlewis.com>; Joseph Christensen <joe@christensenlawde.com>
**Cc:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Meckley, Eric <eric.meckley@morganlewis.com>
**Subject:** Re: Arnold v. X Corp. - extension request

[EXTERNAL EMAIL]
(And just re-sent since I'd forgotten to change the time to 10am)

**From:** Barillare, Jody C. <jody.barillare@morganlewis.com>
**Sent:** Thursday, June 19, 2025 11:14 AM
**To:** Joseph Christensen <joe@christensenlawde.com>; Akiva Cohen <acohen@kusklaw.com>
**Cc:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Meckley, Eric <eric.meckley@morganlewis.com>
**Subject:** RE: Arnold v. X Corp. - extension request

10 ET on Monday works.  Can you send an invite?

**Jody C. Barillare**
**Morgan, Lewis & Bockius LLP**
1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
Direct: +1.302.574.7294 | Main: +1.302.574.3000 | Fax: +1.302.574.3001
jody.barillare@morganlewis.com | www.morganlewis.com



**From:** Joseph Christensen <joe@christensenlawde.com>
**Sent:** Tuesday, June 17, 2025 2:15 PM
**To:** Akiva Cohen <acohen@kusklaw.com>
**Cc:** Barillare, Jody C. <jody.barillare@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Meckley, Eric <eric.meckley@morganlewis.com>
**Subject:** Re: Arnold v. X Corp. - extension request

[EXTERNAL EMAIL]
10 works.


Joseph L. Christensen
**Christensen Law LLC**
(302) 212-4330
joe@christensenlawde.com


On Tue, Jun 17, 2025 at 14:01 Akiva Cohen <acohen@kusklaw.com> wrote:

> Joe, which of those times works for you? 10-2 is better for me
>
> ---
>
> **From:** Barillare, Jody C. <jody.barillare@morganlewis.com>
> **Sent:** Tuesday, June 17, 2025 1:38 PM
> **To:** Akiva Cohen <acohen@kusklaw.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Joseph Christensen <joe@christensenlawde.com>
> **Cc:** Meckley, Eric <eric.meckley@morganlewis.com>
> **Subject:** RE: Arnold v. X Corp. - extension request
>
>
> Yes, I'm free from 10-2 and 3-5 ET.
>
>
> **Jody C. Barillare**
>
> **Morgan, Lewis & Bockius LLP**
>
> 1201 N. Market Street, Suite 2201 | Wilmington, DE 19801
>
> Direct: +1.302.574.7294 | Main: +1.302.574.3000 | Fax: +1.302.574.3001
>
> jody.barillare@morganlewis.com | www.morganlewis.com
>
> **GLOBAL IMPACT OF THE US ADMINISTRATION**
> Visit our resource center
>
> ---
>
> **From:** Akiva Cohen <acohen@kusklaw.com>
> **Sent:** Tuesday, June 17, 2025 1:23 PM
> **To:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Barillare, Jody C. <jody.barillare@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Joseph Christensen <joe@christensenlawde.com>

2

**Cc:** Meckley, Eric <eric.meckley@morganlewis.com>
**Subject:** Re: Arnold v. X Corp. - extension request

[EXTERNAL EMAIL]

Monday is fine for me, but by local rule it needs to include Delaware counsel as well. Jody, Joe, are you free on Monday?

---

**From:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Sent:** Tuesday, June 17, 2025 12:35 PM
**To:** Akiva Cohen <acohen@kusklaw.com>; Barillare, Jody C. <jody.barillare@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Joseph Christensen <joe@christensenlawde.com>
**Cc:** Meckley, Eric <eric.meckley@morganlewis.com>
**Subject:** RE: Arnold v. X Corp. - extension request

Hi Akiva,

I am largely tied up this week with travel and meetings, but I can speak next Monday if that works for you.

Best,

Cullen

**Thomas Cullen Wallace**

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street, Suite 4000 | Houston, TX 77002-5005

Direct: +1.713.890.5722 | Main: +1.713.890.5000 | Fax: +1.713.890.5001

cullen.wallace@morganlewis.com | www.morganlewis.com



**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Tuesday, June 17, 2025 11:12 AM
**To:** Barillare, Jody C. <jody.barillare@morganlewis.com>; Holly Anspach <hanspach@christensenlawde.com>; Joseph Christensen <joe@christensenlawde.com>
**Cc:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** Re: Arnold v. X Corp. - extension request

[EXTERNAL EMAIL]

Yes, but I'm still waiting on your availability to meet and confer on the motion for leave to amend. Could you please provide us with that? I assume this is going to be more in the way of box-checking than anything you'd really consider stipulating to, but I'm happy to be told I'm wrong. That said, we do need to have a call so we can make that motion if you're holding to the objection.

---

**From:** Barillare, Jody C. <jody.barillare@morganlewis.com>
**Sent:** Tuesday, June 17, 2025 11:51 AM
**To:** Holly Anspach <hanspach@christensenlawde.com>; Joseph Christensen <joe@christensenlawde.com>; Akiva Cohen <acohen@kusklaw.com>
**Cc:** Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>
**Subject:** RE: Arnold v. X Corp. - extension request


Akiva and Joe,

Would you agree to an extra week (to June 30) for us to submit our reply on the veil-piercing issue?


**Jody C. Barillare**

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201 | Wilmington, DE 19801

Direct: +1.302.574.7294 | Main: +1.302.574.3000 | Fax: +1.302.574.3001

jody.barillare@morganlewis.com | www.morganlewis.com

**From:** Holly Anspach <hanspach@christensenlawde.com>
**Sent:** Wednesday, May 7, 2025 12:03 PM
**To:** Barillare, Jody C. <jody.barillare@morganlewis.com>
**Cc:** Joseph Christensen <joe@christensenlawde.com>; Akiva Cohen <acohen@kusklaw.com>
**Subject:** Arnold v. X Corp. - extension request

[EXTERNAL EMAIL]

Mr. Barillare,

Attached please find a DRAFT Stipulation to Extend Time for your review and revision. Upon sign-off, I will get this on file. Thank you.

Holly

Holly Anspach
**Christensen Law LLC**

hanspach@christensenlawde.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.