# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK, <br><br> Defendants. | C.A. No. 1:23-cv-00528-TMH |

## ORDER

At Wilmington, this 20th day of January 2026:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration (D.I. 164) is **DENIED**.

/s/ Todd M. Hughes
The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation

12