IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>*Plaintiffs*,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-528-TMH |

**PARTIES' JOINT STATUS UPDATE REGARDING PENDING MOTIONS (D.I. 171)**

In its oral order on January 20, 2026 (D.I. 171), the Court noted that several motions remain pending on the docket. The Court ordered the Parties to meet and confer and submit a joint status update by February 3, 2026, identifying the disputes that still require court intervention in light of the Court's recent rulings. The Parties have conferred and identify the following pending motions that still require rulings by the Court:

1. *Arnold et al v. X Corp. et al.* (23-cv-528-TMH) – Defendant's Renewed Motion to Quash Non-Party Subpoenas filed on February 29, 2024 (D.I. 79; 96);

2. *Arnold et al v. X Corp. et al.* (23-cv-528-TMH) – Plaintiff's Cross-Motion to Compel Discovery (Non-Party Subpoenas) filed on September 26, 2024 (D.I. 102);

3. *Woodfield v. Twitter, Inc.* (23-cv-780-TMH) – Defendant's Motion to Compel Arbitration filed on August 28, 2023 (D.I. 11, 12, 31), renewed on February 29, 2024 (D.I. 52).

1

|  |  |
|---|---|
| Dated: February 3, 2026 | **MORGAN, LEWIS & BOCKIUS LLP** |
|  | */s/ Jody C. Barillare* |
| Eric Meckley (*pro hac vice*) | Jody C. Barillare (#5107) |
| One Market, Spear Street Tower | 1201 N. Market Street, Suite 2201 |
| San Francisco, CA 94105 | Wilmington, Delaware 19801 |
| 415-442-1000 | 302-574-7294 |
| eric.meckley@morganlewis.com | jody.barillare@morganlewis.com |
| T. Cullen Wallace (*pro hac vice*) | |
| 1000 Louisiana Street, Suite 4000 | |
| Houston, TX 77002-5005 | *Attorneys for Defendants X Corp. f/k/a Twitter,* |
| 713-890-5722 | *Inc. and X Holdings Corp. f/k/a X Holdings I,* |
| cullen.wallace@morganlewis.com | *Inc.* |