## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER, | ) ) ) ) ) | |
| | ) | C.A. No. 1:23-cv-00528-TMH |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

At Wilmington, this 19th day of March 2026:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS

HEREBY ORDERED that Defendants' Renewed Motion to Quash Subpoenas Served

on Five Law Firms (D.I. 79) is **GRANTED** without prejudice.

/s/ Todd M. Hughes
The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation

11