# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

WOLFRAM ARNOLD, ERIK
FROESE, TRACY HAWKINS,
JOSEPH KILLIAN, LAURA CHAN
PYTLARZ, and ANDREW
SCHLAIKJER,

        *Plaintiffs*,

        v.

X CORP. f/k/a TWITTER, INC., X
HOLDINGS CORP. f/k/a X
HOLDINGS I, INC., and ELON
MUSK,

        *Defendants*.

C.A. No. 1:23-cv-528-JLH-CJB

## JOINT STATUS UPDATE, NOTICE OF SETTLEMENT, AND STIPULATION AND [PROPOSED] ORDER STAYING CASE

Per the Court's March 25, 2026 Oral Order (D.I. 178), Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") and Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.'s ("Defendants") (Plaintiffs and Defendants collectively as the "Parties"), provide this status update, notice of settlement, and stipulation and proposed order staying this case.

WHEREAS, the Parties, by and through their undersigned counsel, hereby notify the Court that on March 11, 2026, the Parties' counsel reached a settlement in principle of this matter;

1

WHEREAS, the Parties are in the process of drafting a written agreement addressing the specific settlement terms but expect it may take a number of weeks to finalize, execute, and implement;

WHEREAS, the Parties have conferred and agree that staying this case, including any decision related to the dispute addressed in the Parties' letter briefs submitted at D.I. 144 and D.I. 146 and all other deadlines and pending motions, while they finalize the written settlement agreement will promote efficiency, avoid duplicative efforts, and appropriately conserve resources of the parties and the Court.

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, that:

1. This case, including all deadlines and pending motions, shall be stayed until a stipulation of dismissal is filed, or until otherwise ordered by this Court;

2. The Parties will provide a joint status update to this Court within 90 days if a stipulation of dismissal has not been filed; and

3. During the pendency of the stay, all Parties will reserve all rights, including regarding any pending motions.

Dated: April 1, 2026

CHRISTENSEN LAW LLC

/s/ Joseph L. Christensen
Joseph L. Christensen (#5146)
1201 North Market Street, Suite 1404
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensenlawde.com

*Counsel for Plaintiffs*

MORGAN, LEWIS & BOCKIUS, LLP

/s/ Jody C. Barillare
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Tel: (302) 574-7294
jody.barillare@morganlewis.com

*Counsel for Defendants*

SO ORDERED this _____ day of _____, 2026.

_____
The Honorable Todd M. Hughes

3