**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-528-TMH |

**JOINT STATUS REPORT**

Per the Court's July 2, 2026 Order, Plaintiffs Wolfram Arnold, Erik Froese, Tracy Hawkins, Joseph Killian, Laura Chan Pytlarz, and Andrew Schlaikjer ("Plaintiffs") and Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc. ("Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties") hereby provide this joint status report.

With the exception of Wolfram Arnold, the Parties have reached a resolution that will result in Plaintiffs dismissing their claims with this Court; Mr. Arnold is no longer represented by undersigned counsel and has communicated that he intends to proceed with his claims in this Court using different counsel. The remaining

Plaintiffs intend to file a stipulation of dismissal after certain milestones are reached.

Accordingly, the Parties respectfully ask that the stay remain in place until Mr. Arnold's new counsel has appeared and can confer with Defendants on an appropriate schedule, and agree to provide the Court with another status update within 90 days should dismissal papers as to the remaining Plaintiffs not be filed prior to that time. Counsel for the Parties are available at the Court's request to answer any questions.

Dated: September 30, 2026

CHRISTENSEN LAW LLC

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
1201 North Market Street, Suite 1404
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensenlawde.com

*Counsel for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-7294
jody.barillare@morganlewis.com

*Counsel for Defendants*