**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-00528-TMH |

**MOTION OF CHRISTENSEN LAW LLC,**
**AND KAMERMAN, UNCYK, SONIKER, & KLEIN, P.C.**
**FOR LEAVE TO WITHDRAW AS COUNSEL TO WOLFRAM ARNOLD**

Pursuant to Local Rule 83.7, and on the client's consent, the law firms of Christensen Law LLC ("Christensen"), and Kamerman, Uncyk, Soniker, & Klein, P.C. ("KUSK") seeks leave to withdraw as counsel for Plaintiff Wolfram Arnold. KUSK's relationship with Mr. Arnold was terminated on advice of ethics counsel, due to a conflict of interest between Mr. Arnold and other KUSK clients that arose during the course of settlement discussions. Given the conflict, KUSK consulted with ethics counsel and were instructed that it had no option but to terminate Mr. Arnold as a client, advice that both KUSK and Mr. Arnold reluctantly accepted. Mr. Arnold has conveyed the name of a firm that he expects to retain to continue pursuing this action, and has asked his intended new counsel, Lichten Liss Riordan, to provide a substitution of counsel form.

As none has yet been provided nor other Delaware counsel entered an appearance, Christensen and KUSK respectfully seeks leave to withdraw as counsel of record for Mr. Arnold.

Dated: October 15, 2026

*/s/ Joseph L. Christensen*
Joseph L. Christensen (#5146)
**CHRISTENSEN LAW LLC**
1201 N. Market Street, Suite 1404
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensenlawde.com

*Withdrawing Counsel for Wolfram Arnold*

**OF COUNSEL**
Akiva Cohen (pro hac vice)
Dylan M. Schmeyer (pro hac vice)
Michael D. Dunford (pro hac vice)
Lane A. Haygood (pro hac vice)
KAMERMAN, UNCYK, SONIKER & KLEIN P.C.
1700 Broadway, 16th Floor
New York, NY 10019
Tel: (212) 400-4930
acohen@kusklaw.com
dschmeyer@kusklaw.com
mdunford@kusklaw.com