**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WOLFRAM ARNOLD, ERIK FROESE, TRACY HAWKINS, JOSEPH KILLIAN, LAURA CHAN PYTLARZ, and ANDREW SCHLAIKJER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-00528-TMH |

**ORDER GRANTING MOTION OF CHRISTENSEN LAW LLC,**
**AND KAMERMAN, UNCYK, SONIKER, & KLEIN, P.C.**
**FOR LEAVE TO WITHDRAW AS COUNSEL TO WOLFRAM ARNOLD**

Upon the *Motion of Christensen Law LLC, and Kamerman, Uncyk, Soniker, & Klein, P.C. for Leave to Withdraw as Counsel to Wolfram Arnold* (the "Motion") filed by Christensen Law LLC; and the Court having reviewed the Motion and any and all responses and pleadings filed in connection with or in response to the Motion, and sufficient notice of the Motion having been given, and after due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, as set forth herein.

2. Christensen Law LLC and Kamerman, Uncyk, Soniker, & Klein, P.C. are authorized to withdraw as counsel for Wolfram Arnold.

3. This Order shall be effective immediately and enforceable upon its entry.

4. The Court shall retain jurisdiction over any and all matters arising from the implementation or interpretation of this Order.

Honorable Todd M. Hughes