**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WOLFRAM ARNOLD, | ) | |
| | ) | C.A. No. 1:23-cv-00528-TMH |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**
**ON BEHALF OF PLAINTIFF WOLFRAM ARNOLD**

TO: The Clerk of the Court and All Parties of Record

I, Kate Butler, Esq., being admitted to practice in this Court, appear in this case as counsel for Wolfram Arnold.

Respectfully Submitted,

DATE: November 9, 2026

KATE BUTLER LAW LLC

*/s/Kate Butler*
Kate Butler (DE Bar No. 6017)
1509 Gilpin Avenue, Suite 3
Wilmington, DE 19806
Tel: 302-966-9994
Fax: 302-844-9150
Email: kate@katebutlerlaw.com
*Attorney for Plaintiff*
*Wolfram Arnold*