**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WOLFRAM ARNOLD,<br><br>*Plaintiff*,<br><br>v.<br><br>X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC., and ELON MUSK,<br><br>*Defendants*. | ) | C.A. No. 1:23-cv-00528-TMH<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER**
**<u>FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to D. Del. LR 83.5 and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Shannon Liss-Riordan, Esq., to represent Plaintiff Wolfram Arnold in this matter.

KATE BUTLER LAW LLC

*/s/Kate Butler*
Kate Butler (DE Bar No. 6017)
1509 Gilpin Avenue, Suite 3
Wilmington, DE 19806
Tel: 302-966-9994
Fax: 302-844-9150
Email: kate@katebutlerlaw.com
*Attorney for Plaintiff*
*Wolfram Arnold*

DATE: November 9, 2026

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

DATE: ____________________

________________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

DATE: November 9, 2026 BY: /s/Shannon Liss-Riordan________________

Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston St, Suite 2000
Boston, MA 02116
Phone: 617-994-5800